# CDCR NOTICE OF E–SERVICE WAIVER

| Case Name | JOANN PRICE vs. ARTURO PACHECO |
|---|---|
| Case Number | 2:22–CV–01610–DMC |
| Court | U.S. District Court, Eastern District of California, Sacramento Division |

| DEFENDANT(S) NAME | WAIVER OF PERSONAL SERVICE | ADDITIONAL INFORMATION* (Please give reason for rejection, an alternative address where service can be accomplished or last known address, and other information including true name of defendant) |
|---|---|---|
| 1. Arturo Pacheco | ☐ Yes  ☒ No | REVOKED AUTHORIZATION   CONFIDENTIAL INFORMATION:   10956 Woolwich Way, Mather, CA 95655 |
| 2. Ashley Marie Aurich | ☐ Yes  ☒ No | REVOKED AUTHORIZATION   CONFIDENTIAL INFORMATION:   27 Kelso Circle, Sacramento, CA 95833 |
| 3. Jeffrey Lynch | ☒ Yes  ☐ No | SAC- Jeffrey Lynch |
| 4. | ☐ Yes  ☐ No | |
| 5. | ☐ Yes  ☐ No | |
| 6. | ☐ Yes  ☐ No | |
| 7. | ☐ Yes  ☐ No | |
| 8. | ☐ Yes  ☐ No | |
| 9. | ☐ Yes  ☐ No | |
| 10. | ☐ Yes  ☐ No | |
| 11. | ☐ Yes  ☐ No | |
| 12. | ☐ Yes  ☐ No | |
| 13. | ☐ Yes  ☐ No | |
| 14. | ☐ Yes  ☐ No | |
| 15. | ☐ Yes  ☐ No | |
| 16. | ☐ Yes  ☐ No | |
| 17. | ☐ Yes  ☐ No | |
| 18. | ☐ Yes  ☐ No | |
| 19. | ☐ Yes  ☐ No | |
| 20. | ☐ Yes  ☐ No | |

**\*CHOOSE FROM ONE OF THE FOLLOWING REASONS FOR NO WAIVER:**
Contractor, No Waiver on File, Defendant Unknown, or Other (state reason) and provide any other address if known.

| Print CDCR Contact Name and Telephone Number | Signature and Date |
|---|---|
| Sergey Denisevich    916-216-3552 | *Sergey Denisevich*    12/06/2022 |

*CDCR Notice of E–Service Waivers*                              *(Rev. 09/2018)*