Mark A. Redmond, SBN 161520
**Law Office of Mark A. Redmond PC**
656 Fifth Avenue, Suite R
San Diego, CA 92101
Telephone: (916) 444-8240
Facsimile: (866) 476-9393
Email: mr@markredmondlaw.com

Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Plaintiffs JOANN PRICE
and the ESTATE OF RONNIE PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, Successor in Interest to Ronnie Price, Deceased, and the ESTATE OF RONNIE PRICE,<br><br>Plaintiffs,<br><br>v.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY LYNCH, DOES 1 through 15, inclusive, in their official and personal/individual capacities.<br><br>Defendants. | Case No. 2:22-CV-01610-DMC<br><br>**STIPULATION AND ORDER FOR FILING FIRST AMENDED COMPLAINT** |

Plaintiffs JoAnn Price and the Estate of Ronnie Price, and defendants Jeffrey Lynch and Ashley Aurich by and through their counsel, hereby stipulate and agree as follows:

Defendant Jeffrey Lynch filed a Rule 12(b)(6) motion to dismiss plaintiffs' complaint on January 27, 2023 [Docket 18]. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) the time for filing an amended complaint in response to Lynch's motion is February 17, 2023.

///

///

1  Defendant Ashley Aurich also filed a Rule 12(b)(6) motion to dismiss [Docket 21] on
2  January 31, 2023.  The amendment of the complaint after filing of this motion is February 21,
3  2023.
4  On February 13, 2023, plaintiffs filed Statements of Non-Opposition and Notices of Intent
5  to File Amended Complaint in response to defendants' motions to dismiss [Dockets 25 and 26].
6  The parties hereby stipulate and agree that plaintiffs' First Amended Complaint in
7  response to both motions to dismiss will be due February 21, 2023.

8  Dated:  February 14, 2023.    LAW OFFICE OF MARK A. REDMOND PC
                                  BARTH DALY LLP
9
10                                By     /s/ Kresta Nora Daly
                                         KRESTA NORA DALY
11                                Attorneys for Plaintiffs
12

13 Dated:  February 14, 2023.     ROB BONTA
                                  Attorney General of California
14                                JAY M. GOLDMAN
                                  Supervising Deputy Attorney General
15
                                  By     /s/ Ryan T. Gille
16                                       RYAN T. GILLE
                                         Deputy Attorney General
17                                Attorneys for Defendant Jeffrey Lynch
18

19 Dated:  February 14, 2023.     RIVERA HEWITT PAUL LLP
20
                                  By     /s/ Jonathan B. Paul
21                                       JONATHAN B. PAUL
22                                Attorneys for Defendant Ashley Marie Aurich
23
24
25
26
27
28

BARTH DALY LLP
ATTORNEYS AT LAW

**ORDER**

Good cause appearing, Plaintiffs' First Amended Complaint in response to Defendants' motions to dismiss shall be filed on or before February 21, 2023.  Upon the filing of a first amended complaint within the time permitted herein, Defendants' motions to dismiss, ECF Nos. 18 and 21, shall be deemed moot, the motions shall be terminated as pending motions on the Court's docket, and the hearing set before the undersigned in Redding, California, on March 15, 2023, at 10:00 a.m. shall be vacated.

IT IS SO ORDERED.

Dated:  February 15, 2023



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE