# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JoANN PRICE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARTURO PACHECO, et al.,<br><br>　　　　Defendants. | No. 2:22-CV-1610-DMC-P<br><br><br>ORDER |

　　　　Plaintiffs, who are proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Pending before the Court are separate motions to dismiss filed by Defendants in this action. See ECF Nos. 18 and 21. Both motions are set for hearing before the undersigned in Redding, California, on March 15, 2023, at 10:00 a.m. On February 15, 2023, the Court approved the parties' stipulation to file a first amended complaint addressing the issues raised in the pending motions to dismiss. See ECF No. 28. The Court's order provided that, upon the filing of a first amended complaint, the pending motions to dismiss would be deemed moot and the March 15, 2023, hearing would be vacated. See id. Plaintiffs filed their first amended complaint on February 21, 2023. See ECF No. 29.

///

///

Pursuant to the February 15, 2023, order approving the parties' stipulation, IT IS NOW HEREBY ORDERED that:

1. The pending motions to dismiss are deemed moot and the Clerk of the Court is directed to terminate ECF Nos. 18 and 21 as pending motions.

2. The hearing set for March 15, 2023, at 10:00 a.m., in Redding, California, is vacated.

Dated:  February 27, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE