Mark A. Redmond, SBN 161520
**Law Office of Mark A. Redmond PC**
656 Fifth Avenue, Suite R
San Diego, CA 92101
Telephone: (916) 444-8240
Facsimile: (866) 476-9393
Email: mr@markredmondlaw.com

Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Plaintiffs JOANN PRICE
and the ESTATE OF RONNIE PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, Successor in Interest to Ronnie Price, Deceased, and the ESTATE OF RONNIE PRICE,<br><br>Plaintiffs,<br><br>v.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY LYNCH, DOES 1 through 15, inclusive, in their official and personal/individual capacities.<br><br>Defendants. | Case No.  2:22-CV-01610-DMC<br><br>**STIPULATION AND ORDER RESETTING HEARING AND DEADLINES ON MOTION TO DISMISS** |

At the request of plaintiffs' counsel, plaintiffs JoAnn Price and the Estate of Ronnie Price, and defendants Jeffrey Lynch and Ashley Aurich by and through their respective counsel, hereby stipulate and agree as follows:

Defendant Jeffrey Lynch filed a Rule 12(b)(6) motion to dismiss plaintiffs' First Amended Complaint on March 7, 2023 [Docket 31]. Defendant Ashley Aurich joined in Lynch's motion to dismiss on March 7, 2023 [Docket 32].

Pursuant to Rule 230(c) of the Local Rules of the United States District Court, Eastern District of California, plaintiffs have 14 days after filing of the motion to file a response, currently

1  March 21, 2023.  THE PARTIES HEREBY STIPULATE AND AGREE that the time for

2  plaintiffs to respond to defendants' motion to dismiss is extended to April 4, 2023.

3         IT IS FURTHER STIPULATED AND AGREED that defendants' reply to plaintiffs'

4  response will be due 10 days after the filing of plaintiffs' response pursuant to Local Rule 230(d).

5         Hearing on the motion to dismiss is currently on calendar April 12, 2023, at 10:00 a.m.,

6  before the Honorable Dennis M. Cota.  IT IS FURTHER STIPULATED, AGREED and

7  REQUESTED that the hearing on this motion be vacated and rescheduled for hearing on

8  April 26, 2023, 10:00 a.m., before the Honorable Dennis M. Cota, in Courtroom 304,

9  2986 Bechelli Lane, Redding, California.

                                    Respectfully submitted,

Dated:  March 20, 2023.             LAW OFFICE OF MARK A. REDMOND PC
                                    BARTH DALY LLP

                                    By     /s/ Kresta Nora Daly
                                           KRESTA NORA DALY

                                    Attorneys for Plaintiffs


Dated:  March 20, 2023.             ROB BONTA
                                    Attorney General of California
                                    JAY M. GOLDMAN
                                    Supervising Deputy Attorney General

                                    By     /s/ Ryan T. Gille
                                           RYAN T. GILLE
                                           Deputy Attorney General

                                    Attorneys for Defendant Jeffrey Lynch


Dated:  March 20, 2023.             RIVERA HEWITT PAUL LLP

                                    By     /s/ Jonathan B. Paul
                                           JONATHAN B. PAUL

                                    Attorneys for Defendant Ashley Marie Aurich

**ORDER**

Good cause appearing, plaintiffs' response to defendants' motion to dismiss shall be filed on or before April 4, 2023. Defendants' reply to response shall be filed ten days after filing of the response. The April 12, 2023, hearing is continued to April 26, 2023, at 10:00 a.m., before the Honorable Dennis M. Cota in Courtroom 304, located at 2986 Bechelli Lane, Redding, California.

IT IS SO ORDERED.

| 10:00 a.m. | Price | 22-1610 | § 1983 | M/ dismiss (Plaintiffs have retained counsel; DAD). |

Dated: March 22, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE