Mark A. Redmond, SBN 161520
**Law Office of Mark A. Redmond PC**
656 Fifth Avenue, Suite R
San Diego, CA 92101
Telephone: (916) 444-8240
Facsimile: (866) 476-9393
Email: mr@markredmondlaw.com

Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Plaintiffs JOANN PRICE
and the ESTATE OF RONNIE PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, Successor in Interest to Ronnie Price, Deceased, and the ESTATE OF RONNIE PRICE,<br><br>Plaintiffs,<br><br>v.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY LYNCH, DOES 1 through 15, inclusive, in their official and personal/individual capacities.<br><br>Defendants. | Case No. 2:22-CV-01610-DMC<br><br>**STIPULATION AND ORDER TO ALLOW FILING OF SECOND AMENDED COMPLAINT** |

At the request of plaintiffs' counsel, plaintiffs JoAnn Price and the Estate of Ronnie Price, and defendants Jeffrey Lynch and Ashley Aurich by and through their respective counsel, previously stipulated and agreed that (1) plaintiffs' response to defendants' motion to dismiss shall be filed on or before April 4, 2023; (2) defendants' reply to response shall be filed ten days after filing of the response and (3) the April 12, 2023, hearing is continued to April 26, 2023, before the Honorable Dennis M. Cota in Courtroom 304, located at 2986 Bechelli Lane, Redding, California.

///

It is now requested by plaintiff's counsel, and STIPULATED and AGREED to by the parties, pursuant to Federal Rule of Civil Procedure 15(a)(2) defendants grant leave for the filing of plaintiffs' Second Amended Complaint in response to defendants' pending motion to dismiss on April 4, 2023.  IT IS ALSO STIPULATED by the parties that defendants reserve their right to file a motion challenging the sufficiency of the pleading.

Respectfully submitted,

Dated:  April 3, 2023.

LAW OFFICE OF MARK A. REDMOND PC
BARTH DALY LLP

By   /s/ Kresta Nora Daly
KRESTA NORA DALY

Attorneys for Plaintiffs

Dated:  April 3, 2023.

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

By   /s/ Ryan T. Gille
RYAN T. GILLE
Deputy Attorney General

Attorneys for Defendant Jeffrey Lynch

Dated:  April 3, 2023.

RIVERA HEWITT PAUL LLP

By   /s/ Jonathan B. Paul
JONATHAN B. PAUL

Attorneys for Defendant Ashley Marie Aurich

**ORDER**

Good cause appearing, plaintiffs' Second Amended Complaint in response to defendants' motions to dismiss shall be filed on or before April 4, 2023.  Upon the filing of a Second Amended Complaint within the time permitted herein, defendant's motion to dismiss and Joinder [ECF Nos. 31 and 32] shall be deemed moot, the motions shall be terminated as pending motions on the Court's docket, and the hearing set before the undersigned on April 26, 2023, at 10:00 a.m., shall be vacated.  Defendants have reserved their right to file a motion challenging the sufficiency of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:  April 4, 2023



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE