ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
RYAN T. GILLE, State Bar No. 262105
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4454
 Fax:  (415) 703-5843
 E-mail:  Ryan.Gille@doj.ca.gov
*Attorneys for Defendant*
*J. Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOANN PRICE, ET AL.,** | Case No. 2:22-cv-1610-DAD-DMC (PC) |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| **ARTURO PACHECO, ET AL.,** | |
| Defendants. | |

Under Federal Rule of Evidence 201, and in support of its motion to dismiss, Defendant J. Lynch, by and through Defendant's attorney, requests that the Court take judicial notice of the following document and its contents:

    1.    CDCR Health Care Department Operations Manual Section 3.1.19, a copy of which is attached as Exhibit A.

Federal Rule of Evidence 201 permits the Court to take judicial notice at any time.  A judicially noticed fact must be one not subject to reasonable dispute in that it is either: (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources who accuracy reasonably cannot be questioned.  Fed. R. Evid. 201(b).  Courts may take judicial notice of facts related to the case before it.  *Amphibious*

1

*Partners, LLC v. Redman*, 534 F.3d 1357, 1361-1362 (10th Cir. 2008) (district court was entitled to take judicial notice of its memorandum of order and judgment from previous case involving same parties).  This Court may judicially notice the records and filing of other court proceedings. *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 802 n.2 (9th Cir. 2002). This includes documents filed in state courts. *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012).

In *Lipsey v. Davey*, the district court concluded that "because the Court may take judicial notice of public records, including duly recorded documents under Rule 201(b)(2)," it could take judicial notice of California Government Claim Number 17010061. *Lipsey v. Davey*, Case No. 1:17-cv-01706-DAD-SAB (PC), 2018 WL 6201947, at *2 (E.D. Cal. Nov. 28, 2018.)  Similarly, this Court should take judicial notice of the CDCR Health Care Department Operations Manual Section 3.1.19.

Dated:  April 17, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

*/s/ Ryan T. Gille*
RYAN T. GILLE
Deputy Attorney General
*Attorneys for Defendants
J. Lynch*

SA2022402270/43653944.docx

2

Req. Judicial Notice (2:22-CV-1610-DAD-DMC (PC))