IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JoANN PRICE, et al., | No. 2:22-CV-1610-DAD-DMC-P |
| Plaintiffs, | |
| v. | ORDER |
| ARTURO PACHECO, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.

This action was commenced with Plaintiffs' original complaint against Defendants Pacheco, Aurich, and Lynch. See ECF No. 1. On October 19, 2022, the Court determined service was appropriate for the three named defendants. See ECF No. 3. Defendant Lynch waived service of process on December 29, 2022, ECF No. 13, and service of process directed to Defendants Aurich and Pacheco was returned executed on January 4, 2023, ECF Nos. 16 and 17.

Pursuant to the parties' stipulation, Plaintiffs filed a first amended complaint on February 21, 2023. See ECF No. 29. In this pleading, Plaintiffs added Bigney, Villa, and Baughman as named defendants. See id. at 1. On March 7, 2023, Defendant Lynch filed a motion to dismiss. See ECF No. 31. Defendant Aurich joined in Defendant Lynch's motion. See ECF No. 32. On April 4, 2023, Plaintiffs filed the second amended complaint upon which this

1

action now proceeds, again pursuant to the parties' stipulation.  See ECF No. 36.  Plaintiffs added Luna and Lopez as defendants.  See id. at 1.  This filing rendered Defendant Lynch's motion to dismiss the first amended complaint moot.  Defendant Lynch has filed a motion to dismiss Plaintiffs' second amended complaint.  See ECF No. 38.  Defendant Aurich has not joined in Defendant Lynch's second motion to dismiss, which will be addressed by separate findings and recommendations.  Though served, Defendant Pacheco has not yet appeared in the action.

The Court hereby authorizes service of process on Defendants Bigney, Luna, Lopez, Villa, and Baughman, who have been named in the operative second amended complaint but who have not yet been served.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Service of the second amended complaint is appropriate for Defendants Bigney, Luna, Lopez, Villa, and Baughman.

2. The Clerk of the Court shall issue summons for these defendants.

3. Plaintiffs shall serve these defendants and file proofs of service of process within 30 days of the date of this order.

Dated:  June 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE