GOYETTE, RUANO & THOMPSON, INC.
PAUL Q. GOYETTE (SBN 137250)
DEREK K. ULMER (SBN 318255)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
(916) 851-1900
derek@grtlaw.com

Attorneys for Defendant
DORIAN LOPEZ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>Plaintiff,<br><br>vs.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, DORIAN LOPEZ, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.,<br><br>Defendants. | Case No. 2:22-CV-01610-DAD-DMC<br><br>**STIPULATION TO CONTINUE DUE DATE OF DEFENDANTS' RESPONSIVE PLEADING [L.R. 6-1(a)]**<br><br>Date Action Filed:   September 14, 2022<br>Trial Date:   Not Set |

Plaintiff JOANN PRICE ("Plaintiff") and defendant DORIAN LOPEZ by and through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

RECITALS

1. WHEREAS, on September 14, 2022, Plaintiff filed her complaint in the United States District Court for the Eastern District of California. See ECF No. 1;

2. WHEREAS, on April 4, 2023, Plaintiff filed a Second Amended Complaint and added individual defendant Dorian Lopez. See ECF No. 36.

3. WHEREAS, on June 29, 2023, the Court ordered service of the Second Amended Complaint on Defendants Bigney, Luna, Lopez, Villa, and Baughman. See ECF No. 47.

4. WHEREAS, on July 1, 2023, Plaintiff served her complaint on Defendant Lopez;

5. WHEREAS, on July 18, 2023, Defendant Lopez retained Goyette, Ruano, & Thompson to represent him in this matter;

6. WHEREAS, Defendant Lopez requested additional time from Plaintiff for counsel to respond to Plaintiff's complaint and Plaintiff agreed;

7. WHEREAS, no trial date or pre-trial deadlines, apart from the initial case management conference, have yet been set in this matter.

## STIPULATION

1. Therefore, pursuant to Civil Local Rule 6-1(a), Plaintiff and individual defendant Lopez agree to extend the deadline for a responsive pleading from July 22, 2023, to August 12, 2023.

**IT IS SO STIPULATED.**

Dated: July 21, 2023

LAW OFFICES OF MARK REDMOND

By: /s/ Mark A. Redmond
MARK A. REDMOND
Attorneys for Plaintiff
Joann Price, Individually and as Successor in Interest to Ronnie Price, Deceased, and the Estate of Ronnie Price

Dated: July 21, 2023

BARTH DALY LLP

By: /s/ Kresta N. Daly
KRESTA N. DALY
Attorneys for Plaintiff
Joann Price, Individually and as Successor in Interest to Ronnie Price, Deceased, and the Estate of Ronnie Price

Dated: July 21, 2023

                                                      GOYETTE, RUANO, & THOMPSON

                                            By:*/s/ Derek K Ulmer*
                                                   DEREK K. ULMER
                                                   Attorneys for Defendant
                                                   DORIAN LOPEZ

## ATTESTATION OF E-FILED SIGNATURE

I, Derek K. Ulmer, am the ECF User whose ID and password are being used to file this Stipulation to Continue Due Date of Defendants' Responsive Pleadings to Plaintiff's Complaint. In compliance with Local Rule 5-1(i)(3), I attest that Mark A. Redmond and Kresta N. Daly have read and approved this pleading and consented to its filing in this action.

Dated: July 21, 2023

                                                    GOYETTE, RUANO, & THOMPSON

                                            By:*/s/ Derek K Ulmer*
                                                 DEREK K. ULMER
                                                 Attorneys for Defendant
                                               DORIAN LOPEZ

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendant Lopez's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint is extended to August 12, 2023.

**IT IS SO ORDERED.**

Dated:  July 25, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I, SUSANA CONTRERAS ORTIZ, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On July 25, 2023, I served the following document(s):

**STIPULATION TO CONTINUE DUE DATE OF DEFENDANTS' RESPONSIVE PLEADING [L.R. 6-1(a)]**

on the following persons at the locations specified:

**Jeffrey Bigney**
3394 Routier Rd.
Sacramento, CA 95827

**Arturo Luna**
8745 Hawley Way
Elk Grove, CA 95624

**Arturo Pacheco**
P.O. BOX 27811
Sacramento, CA 95827

**David Baughman**
3030 Touchman St.
Sacramento, CA 95833

**Brenda Villa**
Robert T. Matsui U.S. Courthouse, Courtroom 5, 14th Foor
501 I St.
Sacramento, CA 95814

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: ana.jimenez@sfcityatty.org ☐ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.   OR

☐ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be served electronically through **File & ServeXpress   or   TrueFiling** in portable document format ("PDF") Adobe Acrobat.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 25, 2023, at Sacramento, California.

*/s/ Susana Contreras Ortiz*
SUSANA CONTRERAS ORTIZ