GOYETTE, RUANO & THOMPSON, INC.
PAUL Q. GOYETTE (SBN 137250)
DEREK K. ULMER (SBN 318255)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
(916) 851-1900
derek@grtlaw.com

Attorneys for Defendant
DORIAN LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, DORIAN LOPEZ, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.,<br><br>    Defendants. | Case No. 2:22-CV-01610-DAD-DMC<br><br>**STIPULATION TO CONTINUE DUE DATE OF DEFENDANTS' RESPONSIVE PLEADING [LR 143]**<br><br>Date Action Filed:   September 14, 2022<br>Trial Date:          Not Set |

Plaintiff JOANN PRICE ("Plaintiff") and defendant DORIAN LOPEZ by and through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

<u>RECITALS</u>

1. WHEREAS, on September 14, 2022, Plaintiff filed her complaint in the United States District Court for the Eastern District of California. <u>See</u> ECF No. 1;

2. WHEREAS, on April 4, 2023, Plaintiff filed a Second Amended Complaint and added individual defendant Dorian Lopez. <u>See</u> ECF No. 36.

3. WHEREAS, on June 29, 2023, the Court ordered service of the Second Amended Complaint on Defendants Bigney, Luna, Lopez, Villa, and Baughman. <u>See</u> ECF No. 47.

4. WHEREAS, on July 1, 2023, Plaintiff served her complaint on Defendant Lopez;

5. WHEREAS, on July 18, 2023, Defendant Lopez retained Goyette, Ruano, & Thompson to represent him in this matter;

6. WHEREAS, Defendant Lopez requested additional time from Plaintiff for counsel to respond to Plaintiff's complaint and Plaintiff agreed;

7. WHEREAS, on July 21, 2023, counsel for Defendant and counsel for Plaintiff filed a Stipulation to Continue Due Date of Defendant' Responsive Pleading. On July 25, 2023, Honorable Dennis M. Cota signed an order extending Defendant Lopez's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint to August 12, 2023. See ECF Nos. 56 and 57.

8. WHEREAS, on July 27, 2023, counsel for Defendant Lopez and counsel for Plaintiff met and conferred in effort to resolve claims against Defendant Lopez.

9. WHEREAS, due to scheduling conflicts, counsel for Plaintiff will be unavailable to continue those efforts until after August 15, 2023. Thus to allow the Parties to engage in continued efforts to resolve the claims against Defendant Lopez, both parties agree and have mutually consented to prolong the deadline for a responsive pleading to September 8, 2023.

10. WHEREAS, no trial date or pre-trial deadlines, apart from the initial case management conference, have yet been set in this matter.

## STIPULATION

1. Therefore, pursuant to Civil Local Rule 143, Plaintiff and individual defendant Lopez agree to extend the deadline for a responsive pleading from August 12, 2023, to September 8, 2023.

**IT IS SO STIPULATED.**

Dated: July 28, 2023         LAW OFFICES OF MARK REDMOND

By:   */s/ Mark A. Redmond*
MARK A. REDMOND
Attorneys for Plaintiff
Joann Price, Individually and as Successor in Interest
to Ronnie Price, Deceased, and the Estate of Ronnie Price

Dated: July 28, 2023

BARTH DALY LLP

By:   */s/ Kresta N. Daly*
KRESTA N. DALY
Attorneys for Plaintiff
Joann Price, Individually and as Successor in Interest
to Ronnie Price, Deceased, and the Estate of Ronnie Price

Dated: July 28, 2023

GOYETTE, RUANO, & THOMPSON

By: */s/ Derek K Ulmer*
DEREK K. ULMER
Attorneys for Defendant
DORIAN LOPEZ

## ATTESTATION OF E-FILED SIGNATURE

    I, Derek K. Ulmer, am the ECF User whose ID and password are being used to file this Stipulation to Continue Due Date of Defendants' Responsive Pleadings to Plaintiff's Complaint. In compliance with Local Rule 131(e), I attest that Mark A. Redmond and Kresta N. Daly have read and approved this pleading and consented to its filing in this action.

Dated: July 28, 2023

GOYETTE, RUANO, & THOMPSON

By: /s/ Derek K Ulmer
DEREK K. ULMER
Attorneys for Defendant
DORIAN LOPEZ

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendant Lopez's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint is extended to September 8, 2023.

**IT IS SO ORDERED.**

**Dated:  July 31, 2023**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE