| | |
|---|---|
| JONATHAN B. PAUL (SBN 215884)<br>**RIVERA HEWITT PAUL LLP**<br>11341 Gold Express Drive, Suite 160<br>Gold River, CA 95670<br>Tel: 916-922-1200 Fax: 916-922-1303<br>jpaul@rhplawyers.com<br><br>Attorneys for Defendant<br>Ashley Marie Aurich | MARK A. REDMOND (SBN 161520)<br>**LAW OFFICE OF MARK A. REDMOND, PC**<br>656 Fifth Avenue, Suite R<br>San Diego, CA 92101<br>Tel: (916) 444-8240 Fax: (866) 476-9393<br>mr@markredmondlaw.com<br><br>KRESTA NORA DALY (SBN 199689)<br>**BARTH DALY LLP**<br>PO Box F<br>Winters, CA 95694<br>Tel. (916) 440-8600 Fax: (916) 440-9610<br>kdaly@barth-daly.com<br><br>Attorneys for Plaintiffs<br>JOANN PRICE, and the ESTATE OF RONNIE PRICE |

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOANNE PRICE, Successors in Interest to Ronnie Price, Deceased, and the ESTATE OF RONNIE PRICE<br><br>Plaintiffs,<br><br>vs.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY LYNCH, DOES 1-15, inclusive, in their official and personal/individual capacities, BEVERLY DAPREMONT, nominal defendant,<br><br>Defendants. | Case No. 2:22-cv-01610-DAD-DMC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1))** |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiffs JOANNE PRICE, an individual, and Successor in Interest to Ronnie Price, Deceased, and the ESTATE OF RONNIE PRICE, and his successors in interest, by and through their attorneys Mark Redmond of Law Offices of Mark A. Redmond and Kresta Daly of Barth Daly LLP, and Defendant ASHLEY MARIE AURICH, by and through her attorney Jonathan B. Paul of

Rivera Hewitt Paul LLP that Defendant Ashley Aurich is dismissed from this action with prejudice forthwith. Each party will bear their own costs and attorney's fees.

DATED: June 27, 2023                    RIVERA HEWITT PAUL LLP

/s/ Jonathan B. Paul (as authorized on 6/23/23)

_____
JONATHAN B. PAUL
Attorneys for Defendant
Ashley Marie Aurich


DATED: June 27, 2023                    LAW OFFICES OF MARK REDMOND

/s/Mark Redmond

_____
Mark Redmond
Attorneys for Plaintiffs
Joanne Price, Individually and as Successor in Interest
to Ronnie Price, Deceased, and the
Estate of Ronnie Price


DATED: June 27, 2023                    Barth Daly LLP

/s/Kresta Nora Daly

_____
Kresta N. Daly
Attorneys for Plaintiffs
Joanne Price, Individually and as Successor in Interest
to Ronnie Price, Deceased, and the
Estate of Ronnie Price


**IT IS SO ORDERED.**

Dated:  August 7, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE