1  Mark A. Redmond, SBN 161520
   **Law Office of Mark A. Redmond PC**
2  656 Fifth Avenue, Suite R
   San Diego, CA 92101
3  Telephone: (916) 444-8240
   Facsimile: (866) 476-9393
4  Email: mr@markredmondlaw.com

5  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
6  PO Box F
   Winters, CA 95694
7  Telephone: (916) 440-8600
   Facsimile: (916) 440-9610
8  Email: kdaly@barth-daly.com

9  Attorneys for Plaintiffs JOANN PRICE
   and the ESTATE OF RONNIE PRICE
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | JOANN PRICE, Successor in Interest to Ronnie | Case No. 2:22-CV-01610-DMC
   | Price, Deceased, and the ESTATE OF RONNIE
14 | PRICE,
   |                                              | **STIPULATION AND ORDER TO**
15 |                  Plaintiffs,                 | **CONTINUE HEARING AND BRIEFING**
   |                                              | **SCHEDULE ON DEFENDANT**
16 |        v.                                    | **BAUGHMAN'S MOTION TO DISMISS**
   |                                              | **SECOND AMENDED COMPLAINT**
17 | ARTURO PACHECO, ASHLEY MARIE
   | AURICH, JEFFREY LYNCH, DOES 1 through
18 | 15, inclusive, in their official and
   | personal/individual capacities.
19
20 |                  Defendants.

21         At the request of plaintiffs' counsel who is currently out of the State of California

22 until August 15, 2023, plaintiffs JoAnn Price and the Estate of Ronnie Price, and defendant David

23 Baughman, by and through their respective counsel, STIPULATE, AGREE and REQUEST that:

24         The September 6, 2023, hearing on defendant David Baughman's Motion to

25 Dismiss Plaintiffs' Second Amended Complaint, filed August 1, 2023, is continued to

26 November 1, 2023, at 10:00 a.m., before the Honorable Dennis M. Cota in Courtroom 304, of the

27 Redding Branch of this Court, located at 2986 Bechelli Lane, Redding, California;

28 ///

Plaintiffs' response to defendant's motion to dismiss, currently due to be filed August 15, 2023, shall be filed and served on or before September 5, 2023; and

Defendant's reply to response shall be filed ten days after filing of the response pursuant to Local Rule 230(d).

Respectfully submitted,

Dated: August 7, 2023.   LAW OFFICE OF MARK A. REDMOND PC
BARTH DALY LLP

By   /s/ Kresta Nora Daly
       KRESTA NORA DALY

Attorneys for Plaintiffs

Dated: August 7, 2023.   ROB BONTA, Attorney General of California
JAY M. GOLDMAN, Supervising Deputy Attorney General
RYAN T. GILLE, Deputy Attorney General

By   /s/ Ryan T. Gille
       RYAN T. GILLE
       Deputy Attorney General

Attorneys for Defendants
JEFFREY LYNCH and DAVID BAUGHMAN

## ORDER

Good cause appearing, and pursuant to the stipulation of the parties as set forth herein,

IT IS SO ORDERED that the September 6, 2023, hearing on defendant David Baughman's Motion to Dismiss Plaintiffs' Second Amended Complaint is continued to November 1, 2023, at 10:00 a.m., before the Honorable Dennis M. Cota in Courtroom 304, of the Redding Branch of this Court, located at 2986 Bechelli Lane, Redding, California;

Plaintiffs' response to said motion shall be filed on or before September 5, 2023; and

Defendant's reply to response shall be filed ten days after filing of the response.

Dated: August 15, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE