1  Mark A. Redmond, SBN 161520
   **Law Office of Mark A. Redmond, PC**
2  656 Fifth Avenue, Suite R
   San Diego, CA 92101
3  Telephone: (916) 444-8240
   Facsimile: (866) 476-9393
4  Email: mr@markredmondlaw.com
5
   Kresta Nora Daly, SBN 199689
6  **BARTH  DALY LLP**
   PO Box F
7  Winters, CA 95694
   Telephone: (916) 440-8600
8  Facsimile: (916) 440-9610
   Email:  kdaly@barth-daly.com
9
10 Attorneys for Plaintiffs JoAnn Price, and the Estate of
   Ronnie Price
11
12
13
                    IN THE UNITED STATES DISTRICT COURT
14
              FOR THE EASTERN DISTRICT OF CALIFORNIA
15
16
17 JoAnn Price, successor in interest to Ronnie     Case No. 2:22-cv-1610-DAD-DMC (PC)
   Price, deceased; and the Estate of Ronnie Price;
18 and his successors in interest.                   **STIPULATION AND ORDER RE:
                                                     REVISIONS TO SCHEDULING OF
19          Plaintiffs,                              OBJECTIONS TO FINDINGS AND
                                                     RECOMMENDATIONS AND
20      v.                                           OPPOSITION TO DEFENDANT
                                                     BAUGHMAN'S MOTION TO DISMISS**
21 Arturo Pacheco, et al.
22
23          Defendants.
24
25      Plaintiff filed their initial complaint on September 14, 2022.  Thereafter Defendant Jeffrey
26 Lynch filed a motion pursuant to Federal Rule of Civil Procedure 12(b)(6).  On June 2, 2023 a
27
28 {00034458}                          - 1 -
   Stipulation and Proposed Order                              2:22-cv-1610-DAD-DMC

1   hearing was held on that motion.  ECF 45.  Shortly thereafter, summons issued for several

2   additional defendants, including Defendant David Baughman.  ECF. 48.

3          On August 1, 2023 Defendant Baughman filed a motion pursuant to Federal Rule of Civil

4   Procedure 12(b)(6).  ECF 61.  On August 16, 2023, the magistrate issued his finding and

5   recommendations in connection with Lynch's motion pursuant to FRCP 12(b)(6).  ECF. 67.  On

6   August 29 and 30, 2023 the undersigned counsel for all Plaintiffs filed substitutions of attorney

7   and proposed orders.  ECF 68-73.  The hearing on Defendant Baughman's motion pursuant to

8   FRCP 12(b)(6) is set for November 1, 2023.  ECF 63.

9          In light of the fact new plaintiffs' counsel is likely to take over the case in its entirety,

10   current counsel seeks, and counsel for Defendants Lynch and Baughman does not object to re-

11   setting the briefing dates to object to the magistrate's Findings and Recommendations as well as

12   Defendant Baughman's pending motion to dismiss.

13          Therefore, the parties propose the following dates:

14          Plaintiff's Objections to Findings & Recommendations          October 18, 2023

15          Plaintiff's Opposition to Baughman's Motion to Dismiss          October 4, 2023

16          Baughman's Reply re his Motion to Dismiss          October 18, 2023

17          Lynch's Response to Objections to F&R          October 24, 2023

18          Hearing on Defendant Baughman's Motion to Dismiss          November 1, 2023

19

20   IT IS SO STIPULATED.

21   Dated:  August 30, 2023.          Respectfully submitted,

22

23                                        ROB BONTA
                                         Attorney General of California
24                                        JAY M. GOLDMAN
                                          Supervising Deputy Attorney General
25

26                                        By____/s Ryan Gille_____
                                              Deputy Attorney General Ryan Gille
27                                            Attorney for Defendants Lynch and Baughman

28

{00034458}                              - 2 -

Stipulation and Proposed Order                                    2:21-cv1610-DAD-DMC

BARTH DALY LLP
ATTORNEYS AT LAW

1

2   Dated:  August 30, 2023.              Respectfully submitted,

3                                          BARTH DALY LLP

4

5                                          By____/s/ Kresta Nora Daly_____
                                               KRESTA NORA DALY

6                                          Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00034458}                                        - 3 -

Stipulation and Proposed Order                                               2:21-cv1610-DAD-DMC

BARTH DALY LLP
ATTORNEYS AT LAW

**ORDER**

Good cause appearing, the following briefing schedule is adopted:

| | |
|---|---|
| Plaintiff's Objections to Findings & Recommendations | October 18, 2023 |
| Plaintiff's Opposition to Baughman's Motion to Dismiss | October 4, 2023 |
| Baughman's Reply re his Motion to Dismiss | October 18, 2023 |
| Lynch's Response to Objections to F&R | October 24, 2023 |
| Hearing on Defendant Baughman's Motion to Dismiss | November 1, 2023 |

IT IS SO ORDERED.

Dated:  September 5, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW

{00034458}

- 4 -

Stipulation and Proposed Order

2:21-cv1610-DAD-DMC