Rob Bonta, State Bar No. 202668
Attorney General of California
Jay M. Goldman, State Bar No. 168141
Supervising Deputy Attorney General
Ryan T. Gille, State Bar No. 262105
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4454
 Fax:  (415) 703-5843
 E-mail:  Ryan.Gille@doj.ca.gov
*Attorneys for Defendants*
*J. Lynch and D. Baughman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JoAnn Price, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**Arturo Pacheco, et al.,**<br><br>Defendants. | 2:22-cv-1610-DAD-DMC (PC)<br><br>**STIPULATION FOR DEADLINE FOR CROSS-DEFENDANTS TO FILE A RESPONSIVE PLEADINGS TO CROSS-CLAIM**<br><br>Judge:   The Honorable Dale A. Drozd<br>Trial Date:   N/A<br>Action Filed:   September 14, 2022 |

Defendant and Cross-Claimant Arturo Luna (Luna) and Defendants/Cross-Defendants J. Lynch and D. Baughman (Defendants), by and through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

WHEREAS, on September 14, 2022, Plaintiff filed her complaint in the United States District Court for the Eastern District of California.  (ECF No. 1)

WHEREAS, on April 4, 2023, Plaintiff filed a Second Amended Complaint and added individual defendants Bigney, Luna, and Villa.  (ECF No. 36);

WHEREAS, on August 15, 2023, Luna filed a cross-claim for indemnity, contribution, and declaratory relief naming Defendants as cross-defendants.  (ECF No. 66);

WHEREAS, Defendants currently have motions to dismiss Plaintiffs' complaint that, if granted, could render Luna's cross-claim moot as to their liability as cross-defendants;

WHEREAS, the court has issued Findings and Recommendations that, if adopted by the district court, would dismiss Defendant Lynch with prejudice.

WHEREAS, the hearing on Defendant Baughman's motion to dismiss Plaintiffs' complaint, based on similar issues, is currently scheduled for November 1, 2023;

WHEREAS, the parties seek to minimize the need for judicial intervention and litigation costs and;

WHEREAS, no trial date or pre-trial deadlines have yet been set in this matter.

STIPULATION

Therefore, pursuant to Civil Local Rule 143, Defendants' deadline to file a responsive pleading to Luna's cross-claim is continued to November 30, 2023.

**IT IS SO STIPULATED.**

Dated:  September 6, 2023                              Respectfully submitted,

                                                       Wade Law Group, APC

                                                       */s/ Jonathan Goldstein*
                                                       *(as authorized on September 6, 2023)*
                                                       Jonathan Allan Goldstein
                                                       *Attorneys for Defendant/Cross-Complainant*
                                                       *Arturo Luna*

| | | |
|---|---|---|
| 1 | Dated:  September 6, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | JAY M. GOLDMAN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/ Ryan T. Gille*<br>RYAN T. GILLE |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants*<br>*J. Lynch and D. Baughman* |
| 8 | SA2022402270 | |

ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendants' Lynch and Baughman's deadline to file a responsive pleading to Defendant/Cross-Claimant's Cross-Claim is extended to November 30, 2023.

Dated:  September 7, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE