```
GOYETTE, RUANO & THOMPSON, INC.
PAUL Q. GOYETTE (SBN 137250)
DEREK K. ULMER (SBN 318255)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
(916) 851-1900
derek@grtlaw.com
```

Attorneys for Defendant
DORIAN LOPEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, DORIAN LOPEZ, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.,<br><br>    Defendants. | Case No. 2:22-CV-01610-DAD-DMC<br><br>**STIPULATION TO CONTINUE DUE DATE OF DEFENDANTS' RESPONSIVE PLEADING [LR 143]**<br><br>Date Action Filed:  September 14, 2022<br>Trial Date:  Not Set |

Plaintiff JOANN PRICE, ESTATE OF RONNIE PRICE (collectively referred to as "Plaintiffs") and defendant DORIAN LOPEZ by and through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

<u>RECITALS</u>

1. WHEREAS, on September 14, 2022, Plaintiff filed her complaint in the United States District Court for the Eastern District of California. <u>See</u> ECF No. 1;

2. WHEREAS, on April 4, 2023, Plaintiff filed a Second Amended Complaint and added individual defendant Dorian Lopez. <u>See</u> ECF No. 36;

3. WHEREAS, on June 29, 2023, the Court ordered service of the Second Amended Complaint on Defendants Bigney, Luna, Lopez, Villa, and Baughman. See ECF No. 47;

4. WHEREAS, on July 1, 2023, Plaintiff served her complaint on Defendant Lopez;

5. WHEREAS, on July 18, 2023, Defendant Lopez retained Goyette, Ruano, & Thompson to represent him in this matter;

6. WHEREAS, Defendant Lopez requested additional time from Plaintiff for counsel to respond to Plaintiff's complaint and Plaintiff agreed;

7. WHEREAS, on July 28, 2023, counsel for Defendant and counsel for Plaintiff filed a Stipulation to Continue Due Date of Defendants' Responsive Pleadings. On July 31, 2023, Honorable Dennis M. Cota signed an order extending Defendant Lopez's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint to September 8, 2023. See ECF Nos. 58 and 60;

8. WHEREAS, on August 15, 2023, meet and confer efforts for informal resolution was postponed as Plaintiff's counsel, Kresta Daly and Mark Redmond, were associating out of the matter as counsel for both Plaintiff, Joanne Price, and Plaintiff, Estate of Ronnie Price;

9. WHEREAS, on September 5, 2023, Honorable Dennis M. Cota signed an order granting the substitution of attorney for James DeSimone to substitute as counsel of record for Plaintiff, Joanne Price;

10. WHEREAS, as of the date of signing this stipulation, Kresta Daly is still counsel of record for Plaintiff, Estate of Ronnie Price;

11. WHEREAS, on September 7, 2023, counsel for Defendant Lopez, contacted counsel for Plaintiff, Joanne Price, and counsel for Plaintiff, Estate of Ronnie Price met and conferred and all parties have mutually consented to prolong the deadline for a responsive pleading to October 6, 2023 to allow sufficient time for Kresta Daly to substitute out as counsel for the Estate of Ronnie Price;

12. WHEREAS, no trial date or pre-trial deadlines, apart from the initial case management conference, have yet been set in this matter.

## STIPULATION

1. Therefore, pursuant to Civil Local Rule 143, Plaintiff and individual defendant Lopez agree to extend the deadline for a responsive pleading from September 8, 2023 to October 6, 2023.

STIP. TO CONTINUE RESPONSE DUE DATE
CASE NO. 2:22-cv-1610-DAD-DMC

2

g:\redding\docs\2. orders to be processed\22cv1610 -e- stipulated order granting extension of time to respond to complaint.docx

**IT IS SO STIPULATED.**

Dated: September 8, 2023         LAW OFFICES OF MARK REDMOND

By:/s/Mark A. Redmond
  MARK A. REDMOND
  Attorneys for Plaintiff
  The Estate of Ronnie Price

Dated:  September 8, 2023

BARTH DALY LLP

By:/s/Kresta N. Daly
  KRESTA N. DALY
  Attorneys for Plaintiff
  The Estate of Ronnie Price

Dated: September 8, 2023         V. JAMES DESIMONE LAW

By: /s/James Desimone
  JAMES DESIMONE
  Attorneys for Plaintiff
  Joanne Price

Dated:  September 8, 2023
                         GOYETTE, RUANO, & THOMPSON

By: /s/Derek K. Ulmer
  DEREK K. ULMER
  Attorneys for Defendant
  DORIAN LOPEZ

## ATTESTATION OF E-FILED SIGNATURE

I, Derek K. Ulmer, am the ECF User whose ID and password are being used to file this Stipulation to Continue Due Date of Defendants' Responsive Pleadings to Plaintiff's Complaint. In compliance with Local Rule 131(e), I attest that Mark A. Redmond, Kresta N. Daly, and James DeSimone have read and approved this pleading and consented to its filing in this action.

Dated:  September 8, 2023

                                      GOYETTE, RUANO, & THOMPSON

                           By:/s/Derek K. Ulmer
                             DEREK K. ULMER
                             Attorneys for Defendant
                             DORIAN LOPEZ

## ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendant Lopez's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint is extended to October 6, 2023.

**IT IS SO ORDERED.**

Dated:  September 12, 2023



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIP. TO CONTINUE RESPONSE DUE DATE
CASE NO. 2:22-cv-1610-DAD-DMC

5

g:\redding\docs\2.  orders to be processed\22cv1610 -e- stipulated order granting extension of time to respond to complaint.docx