GOYETTE, RUANO & THOMPSON, INC.
PAUL Q. GOYETTE (SBN 137250)
DEREK K. ULMER (SBN 318255)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
(916) 851-1900
derek@grtlaw.com

Attorneys for Defendant
DORIAN LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>Plaintiff,<br><br>vs.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, DORIAN LOPEZ, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.,<br><br>Defendants. | Case No. 2:22-CV-01610-DAD-DMC<br><br>**STIPULATION TO CONTINUE DUE DATE OF CROSS-DEFENDANTS' RESPONSIVE PLEADING [LR 143]**<br><br>Date Action Filed:   September 14, 2022<br>Trial Date:   Not Set |

Defendant and Cross-Claimant Arturo Luna ("Luna") and Defendant/Cross-Defendant Dorian Lopez ("Defendant"), by and through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

RECITALS

1. WHEREAS, on September 14, 2022, Plaintiff filed her complaint in the United States District Court for the Eastern District of California. See ECF No. 1;

2. WHEREAS, on April 4, 2023, Plaintiff filed a Second Amended Complaint and added individual defendant Dorian Lopez. See ECF No. 36;

STIP. TO CONTINUE RESPONSE DUE DATE
CASE NO. 2:22-cv-1610-DAD-DMC

1

g:\redding\docs\2. orders to be processed\22cv1610 -e- stipulated order granting extension of time to respond to cross-complaint.docx

3. WHEREAS, On August 15, 2023, Luna filed a cross-claim for indemnity, contribution, and declaratory relief naming Defendant as a cross-defendant. See ECF No. 66;

4. WHEREAS, Defendant Lopez will be filing a motion to dismiss Plaintiffs' complaint that, if granted, could render Luna's cross-claim moot as to his liability as a cross-defendant;

5. WHEREAS, the court has issued Finding and Recommendations that, if adopted by the district court, would dismiss Defendant Lynch with prejudice;

6. WHEREAS, the hearing on Defendant Baughman's motion to dismiss Plaintiffs' complaint, based on similar issues, is currently scheduled for November 1, 2023;

7. WHEREAS, the parties seek to minimize the need for judicial intervention and litigation costs and;

8. WHEREAS, no trial date or pre-trial deadlines, apart from the initial case management conference, have yet been set in this matter.

## STIPULATION

1. Therefore, pursuant to Civil Local Rule 143, Luna and individual defendant Lopez agree to extend the deadline for a responsive pleading to Luna's cross-claim to November 30, 2023.

**IT IS SO STIPULATED.**

Dated: September 8, 2023                WADE LAW GROUP, APC

                                        By: /s/Jonathan Goldstein
                                        JONATHAN GOLDSTEIN
                                        Attorneys for Defendant/Cross-Complainant
                                        Arturo Luna

Dated:  September 8, 2023               GOYETTE, RUANO, & THOMPSON

                                        By: /s/Derek K. Ulmer
                                        DEREK K. ULMER
                                        Attorneys for Defendant
                                        DORIAN LOPEZ

STIP. TO CONTINUE RESPONSE DUE DATE                2     g:\redding\docs\2.  orders to be processed\22cv1610 -e- stipulated
CASE NO. 2:22-cv-1610-DAD-DMC                             order granting extension of time to respond to cross-
complaint.docx

ATTESTATION OF E-FILED SIGNATURE

I, Derek K. Ulmer, am the ECF User whose ID and password are being used to file this Stipulation to Continue Due Date of Defendants' Responsive Pleadings to Plaintiff's Complaint. In compliance with Local Rule 131(e), I attest that Jonathan Goldstein has read and approved this pleading and consented to its filing in this action.

Dated: September 8, 2023

                                             GOYETTE, RUANO, & THOMPSON

                                By: /s/Derek K. Ulmer
                                      DEREK K. ULMER
                                      Attorneys for Defendant
                                      DORIAN LOPEZ

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendant Lopez's deadline to file a responsive pleading to Defendant/Cross-Claimant's Cross-Claim is extended to November 30, 2023.

**IT IS SO ORDERED.**

Dated:  September 12, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIP. TO CONTINUE RESPONSE DUE DATE
CASE NO. 2:22-cv-1610-DAD-DMC

4

g:\redding\docs\2.  orders to be processed\22cv1610 -e- stipulated order granting extension of time to respond to cross-complaint.docx