GOYETTE, RUANO & THOMPSON, INC.
PAUL Q. GOYETTE (SBN 137250)
DEREK K. ULMER (SBN 318255)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
(916) 851-1900
derek@grtlaw.com

Attorneys for Defendant
DORIAN LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, DORIAN LOPEZ, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.,<br><br>    Defendants. | Case No. 2:22-CV-01610-DAD-DMC<br><br>**STIPULATION TO CONTINUE DUE DATE OF DEFENDANT'S RESPONSIVE PLEADING [LR 143]**<br><br>Date Action Filed:   September 14, 2022<br>Trial Date:             Not Set |

Plaintiff JOANN PRICE, ESTATE OF RONNIE PRICE (collectively referred to as "Plaintiffs") and defendant DORIAN LOPEZ by and through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

<u>RECITALS</u>

1. WHEREAS, on September 14, 2022, Plaintiff filed her complaint in the United States District Court for the Eastern District of California. <u>See</u> ECF No. 1;

2. WHEREAS, on April 4, 2023, Plaintiff filed a Second Amended Complaint and added individual defendant Dorian Lopez. <u>See</u> ECF No. 36;

3. WHEREAS, on June 29, 2023, the Court ordered service of the Second Amended Complaint on Defendants Bigney, Luna, Lopez, Villa, and Baughman. See ECF No. 47;

4. WHEREAS, on July 1, 2023, Plaintiff served her complaint on Defendant Lopez;

5. WHEREAS, on July 18, 2023, Defendant Lopez retained Goyette, Ruano, & Thompson to represent him in this matter;

6. WHEREAS, Defendant Lopez requested additional time from Plaintiff for counsel to respond to Plaintiff's complaint and Plaintiff agreed;

7. WHEREAS, on July 28, 2023, counsel for Defendant and counsel for Plaintiff filed a Stipulation to Continue Due Date of Defendants' Responsive Pleadings. On July 31, 2023, Honorable Dennis M. Cota signed an order extending Defendant Lopez's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint to September 8, 2023. See ECF Nos. 58 and 60;

8. WHEREAS, on August 15, 2023, meet and confer efforts for informal resolution was postponed as Plaintiff's counsel, Kresta Daly and Mark Redmond, were associating out of the matter as counsel for both Plaintiff, Joanne Price, and Plaintiff, Estate of Ronnie Price;

9. WHEREAS, on September 5, 2023, Honorable Dennis M. Cota signed an order granting the substitution of attorney for James DeSimone to substitute as counsel of record for Plaintiff, Joanne Price;

10. WHEREAS, on September 11, 2023, Honorable Dennis M. Cota signed an order granting the substitution of attorney for Annee Della Donna to substitute as counsel of record for Plaintiff, Joanne Price and Estate of Ronnie Price;

11. WHEREAS, counsel for Defendant Lopez, contacted counsel for Plaintiff, Joanne Price, and counsel for Plaintiff, Estate of Ronnie Price to continue the meet and confer efforts to reaching a resolution for this matter. All parties have mutually consented to prolong the deadline for a responsive pleading to November 3, 2023 to allow sufficient time to continue resolution efforts;

12. WHEREAS, no trial date or pre-trial deadlines, apart from the initial case management conference, have yet been set in this matter.

## STIPULATION

1. Therefore, pursuant to Civil Local Rule 143, Plaintiff and individual defendant Lopez agree to extend the deadline for a responsive pleading from October 6, 2023 to November 3, 2023.

**IT IS SO STIPULATED.**

Dated: October 5, 2023                V. JAMES DESIMONE LAW

By:/s/James DeSimone
JAMES DESIMONE
Attorneys for Plaintiff
Joanne Price

Dated:  October 5, 2023

LAW OFFICES OF ANNEE DELLA DONNA

By:/s/Annee Della Donna
ANNEE DELLA DONNA
Attorneys for Plaintiff
Joanne Price and The Estate of Ronnie Price

Dated:  October 5, 2023
GOYETTE, RUANO, & THOMPSON

By: /s/Derek K. Ulmer
DEREK K. ULMER
Attorneys for Defendant
DORIAN LOPEZ

ATTESTATION OF E-FILED SIGNATURE

I, Derek K. Ulmer, am the ECF User whose ID and password are being used to file this Stipulation to Continue Due Date of Defendants' Responsive Pleadings to Plaintiff's Complaint. In compliance with Local Rule 131(e), I attest that James DeSimone and Annee Della Donna have read and approved this pleading and consented to its filing in this action.

Dated:  October 5, 2023

                                      GOYETTE, RUANO, & THOMPSON

                                      By: /s/Derek K. Ulmer
                                          DEREK K. ULMER
                                          Attorneys for Defendant
                                          DORIAN LOPEZ

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendant Lopez's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint is extended to November 3, 2023.

**IT IS SO ORDERED.**

Dated:  October 11, 2023



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE