GOYETTE, RUANO & THOMPSON, INC.
PAUL Q. GOYETTE (SBN 137250)
DEREK K. ULMER (SBN 318255)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
(916) 851-1900
derek@grtlaw.com

Attorneys for Defendant
DORIAN LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, DORIAN LOPEZ, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.,<br><br>         Defendants. | Case No. 2:22-CV-01610-DAD-DMC<br><br>**DEFENDANT DORIAN LOPEZ'S REQUEST TO APPEAR VIA ZOOM FOR HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date:   November 1, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Dennis Cota<br><br>Action Filed: September 14, 2022<br>Trial Date:   TBD |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Defendant D. Baughman's motion to dismiss is scheduled to be heard on November 1, 2023 at 10:00 a.m. before Magistrate Judge Cota. (ECF Nos. 61 and 75.) The hearing will take place at the Redding Federal Court House in Redding, California.

Defendant Dorian Lopez's attorney requests to be allowed to appear via Zoom. Good cause exists to allow counsel to appear via Zoom because it would greatly reduce litigation costs and attorney time involved in traveling to the hearing. Defendant's counsel is based in Sacramento,

DEFENDANT LOPEZ'S REQUEST TO APPEAR
VIA ZOOM
CASE NO. 2:22-cv-1610-DAD-DMC

1

California. It would require commuting over three hundred miles roundtrip and include a significant drive time.

Based on these reasons, Defendant Dorian Lopez's counsel requests that he be allowed to appear for the November 1, 2023 hearing via Zoom.

Dated:  October 18, 2023

                                                GOYETTE, RUANO, & THOMPSON

                                                By: /s/Derek K. Ulmer
                                                     DEREK K. ULMER
                                                     Attorneys for Defendant
                                                   DORIAN LOPEZ