**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JoANN PRICE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARTURO PACHECO, et al.,<br><br>　　　　Defendants. | No. 2:22-CV-1610-DAD-DMC-P<br><br><br>ORDER |

　　　　Plaintiffs, who are proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant Baughman's motion to dismiss. See ECF No. 61. The parties appeared for a hearing before the undersigned on November 1, 2023, at 10:00 a.m.

　　　　After discussion with the parties' counsel, specifically discussion concerning Plaintiffs' request in their opposition brief that they be permitted to amend the operative second amended complaint to correct errors contained therein concerning notice provided to Mr. Price's next of kin, the Court directs Plaintiffs to file a formal motion for leave to amend, accompanied by a proposed third amended complaint, no later than November 21, 2023. Such motion shall be noticed for hearing and briefed pursuant to Eastern District of California Local Rule 230. Pending the filing of and ruling on a motion for leave to amend, or the expiration of the time provided here for filing of such a motion, the Court will defer further consideration of Defendant

1  Baughman's motion to dismiss, as well as submission to the District Judge of the undersigned's
2  August 16, 2023, findings and recommendations addressing Defendant Lynch's motion to
3  dismiss.
4        IT IS SO ORDERED.

6  Dated: November 2, 2023

                                             DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE