IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JoANN PRICE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARTURO PACHECO, et al.,<br><br>　　　　Defendants. | No. 2:22-CV-1610-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiffs, who are proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Good cause appearing therefor, the stipulations to extend the time for Cross-Defendants to file responses to Defendant Luna's cross-claim, ECF Nos. 108 and 109, which are signed by all parties, are approved. Cross-Defendants' responses to Defendant Luna's cross-claim are due within 30 days of the Court's final ruling on Plaintiffs' pending motion for leave to amend.

IT IS SO ORDERED.

Dated: December 4, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1