GOYETTE, RUANO & THOMPSON, INC.
PAUL Q. GOYETTE (SBN 137250)
DEREK K. ULMER (SBN 318255)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
(916) 851-1900
derek@grtlaw.com

Attorneys for Defendant
DORIAN LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>    Plaintiff,<br><br>vs.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, DORIAN LOPEZ, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.,<br><br>    Defendants. | Case No. 2:22-CV-01610-DAD-DMC<br><br>**STIPULATION TO CONTINUE DUE DATE OF DEFENDANT'S RESPONSIVE PLEADING [LR 143]**<br><br>Date Action Filed:   September 14, 2022<br>Trial Date:          Not Set |

Plaintiff JOANN PRICE, ESTATE OF RONNIE PRICE (collectively referred to as "Plaintiffs") and defendant DORIAN LOPEZ by and through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

RECITALS

1. WHEREAS, on September 14, 2022, Plaintiff filed her complaint in the United States District Court for the Eastern District of California. See ECF No. 1;

2. WHEREAS, on April 4, 2023, Plaintiff filed a Second Amended Complaint and added individual defendant Dorian Lopez. See ECF No. 36;

3. WHEREAS, on June 29, 2023, the Court ordered service of the Second Amended Complaint on Defendants Bigney, Luna, Lopez, Villa, and Baughman. See ECF No. 47;

4. WHEREAS, on July 1, 2023, Plaintiff served her complaint on Defendant Lopez;

5. WHEREAS, on July 18, 2023, Defendant Lopez retained Goyette, Ruano, & Thompson to represent him in this matter;

6. WHEREAS, Defendant Lopez requested additional time from Plaintiff for counsel to respond to Plaintiff's complaint and Plaintiff agreed;

7. WHEREAS, on July 28, 2023, counsel for Defendant and counsel for Plaintiff filed a Stipulation to Continue Due Date of Defendants' Responsive Pleading. On July 31, 2023, Honorable Dennis M. Cota signed an order extending Defendant Lopez's deadline to file a responsive pleading to Plaintiff's Second Amended Complaint to September 8, 2023. See ECF Nos. 58 and 60;

8. WHEREAS, on October 6, 2023, counsel for Defendant and counsel for Plaintiff filed a Stipulation to Continue Due Date of Defendant's Responsive Pleading. On October 12, 2023, Honorable Dennis M. Cota signed an order extending Defendant Lopez's deadline to file a responsive pleading to Plaintif's Second Amended Complaint to November 3, 2023. See ECF Nos. 91 and 92;

9. WHEREAS, on November 1, 2023, Defendant D. Baughman's Motion to Dismiss was heard. During which, Plaintiff was directed to file a formal motion for leave to amend, accompanied by a proposed third amended complaint. See ECF No. 104

10. WHEREAS, Defendant Lopez intends to file his own motion to dismiss Plaintiff's Second Amended Complaint, which would be moot if Plaintiff's pending motion for leave to amend is granted.

11. WHEREAS, on November 21, 2023, Plaintiff filed a Motion for Leave to File a Third Amended Complaint. See ECF No. 107.

12. WHEREAS, Plaintiff and Defendant, being consciences of judicial economy, and for those reasons, propose Defendant's response by due within 30 days of the Court's final ruling on Plaintiffs' pending motion for leave to amend.

13. WHEREAS, no trial date or pre-trial deadlines, apart from the initial case management conference, have yet been set in this matter.

## STIPULATION

1. Therefore, pursuant to Civil Local Rule 143, Plaintiff and individual defendant Lopez agree to extend the deadline for a responsive pleading from January 5, 2024 to due within 30 days of the Court's final ruling on Plaintiffs' pending motion for leave to amend.

**IT IS SO STIPULATED.**

Dated: January 4, 2024                          V. JAMES DESIMONE LAW

                                                By:/s/Ryann Hall
                                                    RYANN HALL
                                                    Attorneys for Plaintiffs
                                                    Joanne Price and The Estate of Ronnie Price

Dated:  January 4, 2024

                                                GOYETTE, RUANO, & THOMPSON


                                                By: /s/Derek K. Ulmer
                                                    DEREK K. ULMER
                                                    Attorneys for Defendant
                                                    DORIAN LOPEZ


## ATTESTATION OF E-FILED SIGNATURE

I, Derek K. Ulmer, am the ECF User whose ID and password are being used to file this Stipulation to Continue Due Date of Defendants' Responsive Pleadings to Plaintiff's Complaint. In compliance with Local Rule 131(e), I attest that James DeSimone and Annee Della Donna have read and approved this pleading and consented to its filing in this action.

Dated:  January 4, 2024

                                                GOYETTE, RUANO, & THOMPSON


                                                By:/s/Derek K. Ulmer
                                                    DEREK K. ULMER
                                                    Attorneys for Defendant
                                                    DORIAN LOPEZ

# ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendant Lopez's deadline to file a responsive pleading to Plaintiff's Third Amended Complaint is extended to within 30 days of the Court's final ruling on Plaintiffs' pending motion for leave to amend.

**IT IS SO ORDERED.**

Dated:  January 5, 2024



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE