ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
RYAN T. GILLE, State Bar No. 262105
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4454
 Fax:  (415) 703-5843
 E-mail:  Ryan.Gille@doj.ca.gov
*Attorneys for Defendants*
*J. Lynch and D. Baughman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JoAnn Price, et al.,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**Arturo Pacheco, et al.,**<br><br>                              Defendants. | 2:22-CV-1610-DAD-DMC (PC)<br><br>**AMENDED NOTICE OF DEFENDANTS J. LYNCH AND D. BAUGHMAN'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Date:          April 24, 2024<br>Time:         10:00 a.m.<br>Judge:        Hon. Dennis M. Cota<br>Trial Date:  N/A<br>Action Filed: September 14, 2022 |

1

Defs.' AMENDED Not. of Mot. and Mot. to Dismiss (2:22-cv-1610-DAD-DMC (PC))

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants J. Lynch and D. Baughman (Defendants) amends its notice that the matter will be heard on **April 24, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Ctrm. 304, U.S. District Court located at 2986 Bechelli Lane, Redding, CA 96002, before Magistrate Judge Dennis M. Cota**. All other aspects of the motion remain the same in the Defendant moves to dismiss Plaintiff's Complaint under Rule 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure because the claim is barred by the statute of limitation and the allegations in the complaint fail to state a claim upon which relief can be granted and Plaintiff has purposefully failed to join an indispensable party.

Dated: February 28, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

*/s/ Ryan T. Gille*

RYAN T. GILLE
Deputy Attorney General
*Attorneys for Defendants*
*J. Lynch and D. Baughman*

SA2022402270
44078283.docx44078283.docx

2

Defs.' AMENDED Not. of Mot. and Mot. to Dismiss (2:22-cv-1610-DAD-DMC (PC))

# CERTIFICATE OF SERVICE

Case Name:   *Price, et al.  v. Pacheco, et al.*   No.   **2:22-cv-1610-DAD-DMC (PC)**

I hereby certify that on February 28, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**AMENDED NOTICE OF DEFENDANTS  J. LYNCH AND D. BAUGHMAN'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On February 28, 2024, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Arturo Pacheco**
**P.O. Box 27811**
**Sacramento, CA 95827**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 28, 2024, at San Francisco, California.

|  M. Paredes  |  *[signature]*  |
|:---:|:---:|
| Declarant | Signature |

SA2022402270
44078827.docx