**GOYETTE, RUANO & THOMPSON, INC.**
DEREK K. ULMER (SBN 318255)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
(916) 851-1900
Email: derek@grtlaw.com

Attorney for Defendant, DORIAN LOPEZ

**V. JAMES DESIMONE LAW**
V. JAMES DESIMONE (SBN: 119668)
RYANN E. HALL (SBN: 306080)
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
(310) 693-5561
Email: vjdesimone@gmail.com; rhall@bohmlaaw.com

**LAW OFFICE OF ANNEE DELLA DONNA**
ANNE DELLA DONNA (SBN: 138420)
301 Forest Ave
Laguna Beach, California 92651
(949) 376-5730
Email: annee@delladonnalaw.com

Attorneys for Plaintiffs, JOANN PRICE, and the ESTATE OF RONNIE PRICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, DORIAN LOPEZ, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.,<br><br>    Defendants. | Case No. 2:22-CV-01610-DAD-DMC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1))**<br><br>Action Filed: September 14, 2022<br>Trial Date:    TBD |

///

///

1
STIPULATED DISMISSAL WITHPREJUDICE (FRCP 41(a)(1))

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiffs JOANN PRICE, an individual, and Successor in Interest to Ronnie Price, Deceased, and the ESTATE OF RONNIE PRICE, and his successors in interest, by and through their attorney Ryann E. Hall of V. James Desimone Law, and Defendant DORIAN LOPEZ, by and through his attorney Derek K. Ulmer of Goyette, Ruano & Thompson, Inc., that Defendant DORIAN LOPEZ is dismissed from this action with prejudice forthwith. Each party will bear their own costs and attorney's fees.

Dated: April 10, 2024            **GOYETTE, RUANO & THOMPSON**

/s/ Derek K. Ulmer
DEREK K. ULMER
Attorney for Defendant,
Dorian Lopez

Dated: April 10, 2024            **V. JAMES DESIMONE LAW**

/s/ Ryann E. Hall
RYANN E. HALL
Attorneys for Plaintiffs,
Joann Price, Individually and as Successor in Interest to Ronnie Price, Deceased, and the Estate of Ronnie Price

IT IS SO ORDERED.

Dated: April 10, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE