1  **GOYETTE, RUANO & THOMPSON, INC.**
DEREK K. ULMER (SBN 318255)
2  2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
3  (916) 851-1900
4  Email: derek@grtlaw.com
Attorney for Defendant, DORIAN LOPEZ
5
6  **WADE LAW GROUP**
DIANNA L. ALBINI (SBN 152273)
7  262 E Main Street
Los Gatos, CA 95030
8  Telephone: (408) 842-1688
Facsimile: (408) 549-1612
9  Email: dalbini@wadelitigation.com
Attorney for Defendant/Cross-Complainant, ARTURO LUNA
10
11                  UNITED STATES DISTRICT COURT
12                  EASTERN DISTRICT OF CALIFORNIA

13  JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE
14  PRICE; and his successors in interest,

15          Plaintiffs,

16  vs.
ARTURO PACHECO, JEFFREY BIGNEY,
17  ARTURO LUNA, BRENDA VILLA, DAVID
BAUGHMAN, JEFFREY LYNCH and DOES 1
18  through 15, inclusive, in their official and
personal/individual capacities.,
19
20          Defendants.

21  ARTURO LUNA, in his official and
personal/individual capacities,
22
23          Cross-Complainant,

vs.
24  ARTURO PACHECO, ASHLEY MARIE
AURICH, JEFFREY BIGNEY, DORIAN
25  LOPEZ, BRENDA VILLA, DAVID
BAUGHMAN, JEFFREY LYNCH, and DOES 1
26  through 15, inclusive, in their official and
personal/individual capacities,
27
28          Cross-Defendants.

Case No. 2:22-CV-01610-DAD-DMC

**STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1))**

*Complaint: September 14, 2022*
*Cross-Complaint: August 15, 2023*
*Trial Date: TBD*

1
STIPULATED DISMISSAL WITHPREJUDICE (FRCP 41(a)(1))

1    It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and

2   between Cross-Complainant ARTURO LUNA, by and through his attorney Dianna L. Albini of Wade

3   Law Group, and Cross-Defendant DORIAN LOPEZ, by and through his attorney Derek K. Ulmer of

4   Goyette, Ruano & Thompson, Inc., that Defendant DORIAN LOPEZ is dismissed from this action, with

5   prejudice forthwith. Each party will bear their own costs and attorney's fees.

6

7   Dated: April 24, 2024                                 **GOYETTE, RUANO & THOMPSON**

8

9                                                         DEREK K. ULMER
                                                          Attorney for Defendant,
10                                                        Dorian Lopez

11

12   Dated: April 24, 2024                                **WADE LAW GROUP**

13                                                        _Dianna L. Albini_

14                                                        DIANNA L. ALBINI
                                                          Attorney for Defendant/Cross-Complainant,
15                                                        Arturo Luna

16

17   SO ORDERED May 7, 2024

18

19                                                        DENNIS M. COTA
                                                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26                                              2

27

28

STIPULATED DISMISSAL WITHPREJUDICE (FRCP 41(a)(1))