IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JoANN PRICE, et al., | No. 2:22-CV-1610-DAD-DMC-P |
| Plaintiffs, | |
| v. | ORDER |
| ARTURO PACHECO, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 150, for an extension of time to submit a declaration in support of supplemental briefing filed on May 8, 2024, ECF No. 149. Good cause appearing therefor based on counsel's declaration indicating that the declaration was inadvertently not included with the May 8, 2024, filing, Defendants' motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for an extension of time, ECF No. 150, is GRANTED.

2. The Clerk of the Court shall file the declaration at ECF No. 150-2 in support of Defendants' supplemental brief at ECF No. 149 as of May 8, 2024.

3. Defendants' filings on the motion at issue are deemed timely.

Dated: May 14, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE