V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Ryann E. Hall (SBN: 306080) Of-Counsel
rhall@bohmlaw.com
VJD000103@bohmlaw.com
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone:  310.693.5561
Facsimile:  323.544.6880

Facsimile: (916) 440-9610

Attorneys for Plaintiffs, JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>PLAINTIFFS,<br><br>v.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.<br><br>DEFENDANTS. | Case No: 2:22-cv-1610 DAD-DMC (PC)<br><br>Assigned to Hon. Dennis M. Cota<br><br>**JOINT STIPULATION EXTENDING THE DEADLINE TO NAME BEVERLY DAPREMONT AS A NOMINAL DEFENDANT**<br><br>Action Filed: September 14, 2022<br>Trial Date:    TBD |

Plaintiff, JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest, ("Plaintiff"), by and through her counsel of record, and Defendants DAVID BAUGHMAN and JEFFERY LYNCH ("Defendants") HEREBY AGREE AND STIPULATE AS FOLLOWS:

WHEREAS, on April 24, 2024 the Court heard argument on Defendant Baughman and Lynch's Motion to Dismiss Plaintiff's Third Amended Complaint. The Court has not issued an

**JOINT STIPULATION EXTENDING THE DEADLINE TO NAME BEVERLY DAPREMONT AS A NOMINAL DEFENDANT**
*Price, et al. v. Arturo Pacheco, et al.*                                                                                    V. James DeSimone Law
Case No.: 2:22-cv-1610 DAD-DMC (PC)

order on the motion at the time this stipulation was filed;

WHEREAS, at the hearing the Court ordered Plaintiff to name Beverly Dapremont (Ronnie Price's half-brother) as a nominal Defendant to provide him with notice of the lawsuit within thirty days (May 24, 2024);

WHEREAS, Plaintiff must file a Fourth Amended Complaint in order to name Mr. Dapremont as a nominal Defendant;

WHEREAS, in order to allow the Court to issue a ruling on Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint prior to the filing of a Fourth Amended Complaint, the Parties stipulate as follows:

1) Plaintiff shall have leave to file a Fourth Amended Complaint within 15 days of the Court issuing its final ruling on the pending Motion to Dismiss. The Fourth Amended Complaint will add in Beverly Dapremont as a nominal Defendant, with no further modifications (unless Plaintiff is so authorized in the order on the pending Motion to Dismiss.)

2) Without waiving Defendant's arguments pertaining to the statute of limitations, the Parties agree that the latest the statute of limitations could be deemed to have run is July 22, 2024. If the statute of limitations expires prior to the time allotted in paragraph 1) the Parties agree that it will not be necessary to add Beverly Dapremont as a nominal Defendant and no Fourth Amended Complaint would be required.

**IT IS SO STIPULATED.**

Date: May 23, 2024

**V. JAMES DESIMONE LAW**

By: _____
V. JAMES DESIMONE, ESQ.
RYANN E. HALL, ESQ.
Attorneys for Plaintiffs JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest

1  Date: May 23, 2024

2                                                          By: /s/ Ryan T. Gille
3                                                              ROB BONTA, ESQ.
                                                               JAY M. GOLDMAN, ESQ.
4                                                              RYAN T.GILLE, ESQ.

5                                                              Attorneys for Defendants,
6                                                              D. Baughman and J. Lynch

# ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation the time to name Beverly Dapremont as a nominal Defendant is extended as follows:

1) Plaintiff shall have leave to file a Fourth Amended Complaint within 15 days of the Court issuing its final ruling on the pending Motion to Dismiss. The Fourth Amended Complaint will add in Beverly Dapremont as a nominal Defendant, with no further modifications (unless Plaintiff is so authorized in the order on the pending Motion to Dismiss.)
2) The need to add Beverly Dapremont as a nominal Defendant will be considered moot if a Fourth Amended Complaint, as contemplated in paragraph 1, is not filed by July 22, 2024.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                                  The Honorable Dennis M. Cota