1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     JoANN PRICE, et al.,                         No.  2:22-CV-1610-DAD-DMC-P

12                 Plaintiffs,

13          v.                                       <u>ORDER</u>

14     ARTURO PACHECO, et al.,

15                 Defendants.

16

17          Plaintiffs, who are proceeding with retained counsel, brings this civil rights action

18     pursuant to 42 U.S.C. § 1983.  Pending before the Court are the parties' signed stipulations as

19     follows: (1) stipulation for voluntary dismissal of Arturo Luna as a defendant to this action, ECF

20     No. 153; and (2) stipulation to extend the deadline to file a fourth amended complaint to name

21     Beverly Dapremont as a nominal defendant, ECF No. 154.

22          In the stipulation at ECF No. 153, the parties agree to dismissal of Arturo Luna as

23     a defendant to this action pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties

24     further stipulate that the dismissal will be with prejudice.  The parties have not, however,

25     stipulated to dismissal of Luna's cross-complaint, which will be discussed at the status conference

26     set for June 26, 2024.  Good cause appearing therefor, the parties' stipulation for dismissal of

27     Luna as a defendant to this action will be approved.  Pursuant to the Court's prior order, the

28     parties are relieved of any obligation to respond to Luna's cross-complaint pending further order

                                                    1

1    of the Court.  With the dismissal of Luna as a defendant, Luna's motion to dismiss Plaintiffs'

2    third amended complaint, ECF No. 135, is rendered moot.

3              In the stipulation at ECF No. 154, the parties stipulate to a process for naming

4    Beverly Dapremont as a nominal defendant.  Specifically, the parties agree to the following: (2)

5    without waiving arguments raised in the remaining pending motion to dismiss, the latest the

6    statute of limitations could be deemed to have run is July 22, 2024; (2) if the third amended

7    complaint is dismissed pursuant to a final ruling on the pending motion to dismiss filed by

8    Defendants Lynch and Baughman, Plaintiffs shall have 15 days of the date of the final order to

9    file a fourth amended complaint which will name Beverly Dapremont as a nominal defendant and

10   which will contain no other modifications unless otherwise allowed in the Court's final order on

11   the pending motion to dismiss; and (3) if the statute of limitations expires prior to the time to file

12   a fourth amended complaint as agreed above, there will be no need to file a fourth amended

13   complaint to name Beverly Dapremont as a nominal defendant and the action will proceed on the

14   third amended complaint consistent with the Court's final order on the pending motion to dismiss.

15   Good cause appearing therefor, this stipulation will also be approved.

16             Accordingly, IT IS HEREBY ORDERED as follows:

17             1.      The parties' stipulations, ECF Nos. 153 and 154, are APPROVED.

18             2.      Arturo Luna is DISMISSED as a defendant to this action with prejudice.

19             3.      The Clerk of the Court is directed to terminate ECF No. 135 as a pending

20   motion, such motion having been rendered moot by the stipulated dismissal of Arturo Luna as a

21   defendant.

22             4.      Within 15 days of the Court's final ruling on the pending motion to dismiss

23   filed by Defendants Lynch and Baughman, Plaintiffs shall file a fourth amended complaint

24   naming Beverly Dapremont as a nominal defendant without any other modification unless

25   permitted in the Court's final ruling.

26   / / /

27   / / /

28   / / /

2

5.      If the deadline agreed above to file a fourth amended complaint occurs after July 22, 2024, no fourth amended complaint naming Beverly Dapremont as a nominal defendant shall be filed and the action will proceed on the third amended complaint consistent with the Court's final ruling on the pending motion to dismiss filed by Defendants Lynch and Baughman.

Dated:  June 13, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE