IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JoANN PRICE, et al., | No. 2:22-CV-1610-DAD-DMC-P |
| Plaintiffs, | |
| v. | ORDER |
| ARTURO PACHECO, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Cross-Complainant Luna's request for voluntary dismissal of his cross-complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (c)(1). See ECF No. 157. Because no answer to the cross-complaint or motion for summary judgment has been filed, leave of Court is not required and the cross-complaint is dismissed on Cross-Complainant's notice. With the voluntary dismissal of Cross-Complainant Luna's cross-complaint, the status conference set for June 26, 2024, at 10:00 a.m., before the undersigned is vacated.

IT IS SO ORDERED.

Dated: June 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1