IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JoAnn Price, et al.,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**Arturo Pacheco, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:22-cv-1610-DAD-DMC (PC)<br><br>**ORDER GRANTING STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO FILE ANSWER TO THIRD AMENDED COMPLAINT** |

**IT IS HEREBY ORDERED**, upon review of the Stipulation to Parties ("Stipulation") filed in this matter on October 18, 2024, and for good cause shown, the Stipulation is GRANTED. Accordingly, the following deadline and orders shall apply in this matter.

1. Defendant D. Baughman and J. Lynch's Answer to the Third Amended Complaint is due on or before October 28, 2024;

**IT IS SO ORDERED.**

Dated:  October 22, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE