IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JoANN PRICE, et al., | No. 2:22-CV-1610-DAD-DMC-P |
| Plaintiffs, | |
| v. | ORDER |
| ARTURO PACHECO, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiffs' objections to the Court's January 24, 2025, scheduling order. See ECF No. 171. Defendants have filed a response. See ECF No. 172.

On December 30, 2024, the parties submitted a joint scheduling conference statement in advance of a scheduling conference before the undersigned on January 8, 2025. Following the conference and discussions with counsel, and based on the parties' joint scheduling conference statement, the Court issued a scheduling order for this case on January 24, 2025. See ECF No. 169. In that order, the Court set October 6, 2026, as the date for commencement of a jury trial before the District Judge. See id. Plaintiffs object to this date and request an expedited trial commencement date of March 9, 2026. See ECF No. 171. Plaintiffs contend that an earlier trial date is appropriate given Plaintiff JoAnn Price's age (over 70). See id. In support of their

1

1  objections, Plaintiffs cite California Code of Civil Procedure § 36, which provides for expedited
2  trial-setting in California state courts where a party to a civil action who has a substantial interest
3  in the case and whose health "is such that a preference [in trial-setting] is necessary to prevent
4  prejudicing the party's interest. . . ." Id. at 3.

5        Plaintiff's objections will be overruled.  First, even assuming California Code of
6  Civil Procedure § 36 governs in federal court, Plaintiffs have not met the statute's standard.
7  Specifically, while Ms. Price is over 70, she has not indicated any specific health condition which
8  would result in prejudice should the trial commence in October 2026 instead of March 2026.
9  Second, though Plaintiffs requested a March 2026 trial commencement date in the parties' joint
10 scheduling conference report, Plaintiffs' counsel made no mention of the need for an expedited
11 trial due to Plaintiff Price's age, either in the joint scheduling conference report or at the
12 scheduling conference held on January 8, 2025.

13       Accordingly, IT IS HEREBY ORDERED that Plaintiffs' objections to the Court's
14 January 24, 2025, scheduling order, ECF No. 171, are OVERRULED, without prejudice to a
15 further application based on more specific facts in support of the expedited schedule.

17 Dated:  February 21, 2025

                                             DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE