# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JoANN PRICE, et al., | No. 2:22-CV-1610-DAD-DMC-P |
| Plaintiffs, | |
| v. | ORDER |
| ARTURO PACHECO, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference is scheduled for August 5, 2025, at 10:00 a.m., before the undersigned.[1] On or before July 29, 2025, the parties must execute and file the attached Waiver of Disqualification to allow the undersigned to conduct the settlement conference. If waivers are not filed by all parties participating in the settlement conference by this date, the hearing will be vacated and, on the parties' joint request, the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference.

---

[1] The location for the settlement conference has not been determined. The Court is willing to accommodate the parties' appearances remotely via Zoom, or in-person either in Redding or Sacramento. If the parties waive disqualification, they should meet and confer on whether the conference will take place remotely or in-person and, if in-person, whether in Redding or Sacramento. Once agreement is reached, the parties should contact Courtroom Deputy Clerk Jodi Palmer.

1

Should the parties waive disqualification, concurrent with their filed waivers, the parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by July 29, 2025.  These statements <u>shall not be filed</u>.  Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms.  <u>See</u> Local Rule 270(f)(1).

Dated:  July 17, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JoANN PRICE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ARTURO PACHECO, et al.,<br><br>        Defendants. | No.  2:22-CV-1610-DAD-DMC-P |

## WAIVER OF DISQUALIFICATION

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.


DATED: _____                    _____
                                          By:  For Plaintiff(s)


DATED: _____                    _____
                                          By:  For defendant(s)