IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JoAnn Price, et al.,** | Case No. 2:22-cv-1610-DAD-DMC-P |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |
| **Arturo Pacheco, et al.,** | |
| Defendants. | |

**IT IS HEREBY ORDERED**, upon review of the Stipulation to Parties ("Stipulation") filed in this matter on July 22, 2025, ECF No. 180, and for good cause shown, the Stipulation is GRANTED. Accordingly, the following scheduling change shall apply in this matter.

1

[PROP] Order re: Settlement Conf. (2:22-cv-1610-DAD-DMC (PC))

1. The settlement conference scheduled for August 5, 2025, is hereby vacated and rescheduled to April 6, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July 24, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

[PROP] Order re: Settlement Conf. (2:22-cv-1610-DAD-DMC (PC))