UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest, <br><br> PLAINTIFFS, <br><br> v. <br><br> ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, DORIAN LOPEZ, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities. <br><br> DEFENDANTS. | Case No: 2:22-cv-1610-DAD-DMC-P <br><br> Assigned to Hon. Dennis M. Cota <br><br> **ORDER GRANTING JOINT MOTION FOR LEAVE TO CONDUCT AN INMATE DEPOSITION** <br><br> Action Filed: September 14, 2022 <br> Trial Date:   October 6, 2026 |

Having reviewed the stipulation and joint motion signed by all parties, the Court orders that the Parties' Joint Motion for Leave of court to conduct inmate deposition, ECF No. 185, is **GRANTED**. The Court grants the Parties leave to conduct the deposition of incarcerated person ARTURO PACHECO pursuant to Federal Rule of Civil Procedure 26(b) and 30(a)(2)(B).

**IT IS SO ORDERED.**

**Dated:  February 3, 2026**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF JOANN PRICE'S MOTION FOR LEAVE OF COURT TO CONDUCT INMATE DEPOSITION
*Price v. Arturo Pacheco, et al.*
Case No.: 2:21-CV-1610 -DAD-DMC (PC)