UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>       PLAINTIFFS,<br><br>       v.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.<br><br>       DEFENDANTS. | Case No: 2:22-cv-1610 DAD-DMC (PC)<br>Assigned to Hon. Dennis M. Cota<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER**<br><br><br><br>Action Filed: September 14, 2022<br>Trial Date:     October 6, 2026 |

Good cause appearing, the Court **GRANTS** the parties' Joint Motion to Modify the Case Management and Scheduling Order. The new discovery and dispositive motion deadlines are:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 3/2/2026 | 4/2/2026 |
| Deadline for parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 3/30/2026 | 4/30/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 4/22/2026 | 5/22/2026 |
| Deadline for Expert discovery cut-off. | 5/13/2026 | 6/13/26 |

**ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER**
*Price, et al. v. Arturo Pacheco, et al.*
Case No.: 2:22-cv-1610 DAD-DMC (PC)

| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 6/5/2026 | 7/6/2026 |
|---|---|---|
| Final pretrial conference | 9/14/2026 | 9/14/2026 Unchanged |
| Trial | 10/6/2026 | 10/6/2026 Unchanged |

The matter remains on calendar for a settlement conference before the undersigned on April 8, 2026, at 10:00 a.m.

The Clerk of the Court is directed to terminate ECF No. 190 as a pending motion.

**IT IS SO ORDERED.**

Dated:  February 25, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER**
*Price, et al. v. Arturo Pacheco, et al.*
Case No.: 2:22-cv-1610 DAD-DMC (PC)