ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
RYAN T. GILLE, State Bar No. 262105
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4454
 Fax:  (415) 703-5843
 E-mail:  Ryan.Gille@doj.ca.gov
*Attorneys for Defendants*
*D. Baughman and J. Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| **JoAnn Price, et al.,**<br><br>                                   Plaintiff,<br><br>        v.<br><br>**Arturo Pacheco, et al.,**<br><br>                                   Defendants. | 2:22-cv-1610-DAD-DMC (PC)<br><br>**DEFEDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:              August 17, 2026<br>Time:             1:30 p.m.<br>Courtroom:    4<br>Judge:            The Honorable Dale A. Drozd<br>Trial Date:     October 6, 2026<br>Action Filed:  September 14, 2022 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 17, 2026 at 1:30 p.m., or as soon thereafter as the

matter may be heard, before the Honorable Dale A. Drozd, in the above-entitled Court,

Defendants DAVID BAUGHMAN and JEFFREY LYNCH (collectively, "Moving Defendants")

will and hereby do move this Court pursuant to Federal Rule of Civil Procedure 56 for an order

granting summary judgment in their favor on all causes of action alleged against them in

Plaintiffs' Third Amended Complaint ("TAC"), or in the alternative, partial summary judgment as

to each claim.

1

The parties met and conferred via video conference on June 24, 2026, to discuss the substance of this motion prior to filing this Motion, in compliance with Judge Drozd's Standing Order I(C).

This Motion is made on the grounds that there is no genuine dispute of material fact and that Moving Defendants are entitled to judgment as a matter of law because:

1. Moving Defendants had no actual or constructive knowledge that Defendant Pacheco or any other individual officer was individually unfit or posed a particular risk of harm to Plaintiff's decedent;

2. Moving Defendants played no role in the assault on Ronnie Price and no evidence connect them to Pacheco's use of force;

3. Moving Defendants did not participate in, direct, or have contemporaneous knowledge of any cover-up or conspiracy to falsify records;

4. Moving Defendants are entitled to qualified immunity because the evidence does not establish a constitutional violation by Baughman or Lynch and there is no analogous legal authority that would put a reasonable warden on notice that their specific conduct under the circumstances that occurred in this case violated clearly established law.

5. Moving Defendants are entitled to summary judgment because the statute of limitations has expired on all the claims against them.

///

///

///

2

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Statement of Undisputed Material Facts, the Declaration(s) filed herewith, all pleadings and papers on file in this action, and such oral argument as the Court may permit.

Dated:  July 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

*/s/ Ryan T. Gille*
RYAN T. GILLE
Deputy Attorney General
*Attorneys for Defendants*
*D. Baughman and J. Lynch*

SA2022402270

Defendants' NOM and Mtn. for Summary Judgment (2:22-cv-1610-DAD-DMC (PC))

## DECLARATION OF SERVICE BY E-MAIL and U.S. MAIL

Case Name:    *Price, et al.  v. Pacheco, et al.*
No.:          **2:22-cv-1610-DAD-DMC (PC)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  My business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.  My electronic service address is Marlene.Paredes@doj.ca.gov.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On July 6, 2026, I served the attached:

**DEFEDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SUMMARY JUDGMENT**

**DECLARATION OF RYAN GILLE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (with Exhibits A-J)**

**DEFENDANTS' INDEX OF EVIDENCE**

**DEFENDANTS' SEPARATE STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

by transmitting a true copy via electronic mail.  In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

| | |
|---|---|
| V. James DeSimone<br>Vjdesimone@vjdlaw.com<br>Carmen D. Sabater<br>csabater@vjdlaw.com<br>Ryann E. Hall<br>rhall@vjdlaw.com<br>V. JAMES DESIMONE LAW<br>4052 Del Rey Ave, Suite 102<br>Marina del Rey, California 90292<br>Telephone: 310.693.5561<br>Facsimile: 323.544.6880<br>VJD000156@vjdlaw.com | Carmen Pacheco for Arturo Pacheco<br>1531 Alta Vista Drive<br>Hollister, California 95023<br>*Arturo Pacheco Pro Per* |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 6, 2026, at San Francisco, California.

| M. Paredes | /s/ M. Paredes |
|---|---|
| Declarant | Signature |

SA2022402270
45136057