ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
RYAN T. GILLE, State Bar No. 262105
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-4454
 Fax: (415) 703-5843
 E-mail:  Ryan.Gille@doj.ca.gov
*Attorneys for Defendants*
*D. Baughman and J. Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| **JoAnn Price, et al.,** | 2:22-cv-1610-DAD-DMC (PC) |
| Plaintiff, | **DECLARATION OF RYAN GILLE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUGMENT** |
| v. | Date:          August 17, 2026<br>Time:          1:30 p.m.<br>Courtroom:  4 |
| **Arturo Pacheco, et al.,** | |
| Defendants. | Judge:        The Honorable Dale A. Drozd<br>Trial Date:   October 6, 2026<br>Action Filed:  September 14, 2022 |

I, Ryan Gille, declare and state:

1.       I am a Deputy Attorney General for the Office of the Attorney General for the State of California, attorney of record for Defendants D. Baughman and J. Lynch in this action, and I am licensed to practice in the State of California and this Court.

2.       Attached to Defendants' Index of Exhibits as Exhibit A is a true and correct copy of Plaintiff's Third Amended Complaint.

3.       Attached to Defendants' Index of Exhibits as Exhibit B is a true and correct copy of the relevant portions of the deposition excerpts for Defendant D. Baughman.

1

4.        Attached to Defendants' Index of Exhibits as Exhibit C is a true and correct copy of the relevant portions of the deposition excerpts for Defendant J. Lynch.

5.        Attached to Defendants' Index of Exhibits as Exhibit D is a true and correct copy of the relevant portions of the deposition excerpts for Tony Diaz.

6.        Attached to Defendants' Index of Exhibits as Exhibit E is a true and correct copy of the relevant portions of the deposition excerpts for witness C. Chavez.

7.        Attached to Defendants' Index of Exhibits as Exhibit F is a true and correct copy of the relevant portions of the deposition excerpts for witness A. Chavez.

8.        Attached to Defendants' Index of Exhibits as Exhibit G is a true and correct copy of the relevant portions of the deposition excerpts for Deposition excerpts for Defendant Arturo Pacheco.

9.        Attached to Defendants' Index of Exhibits as Exhibit H is a true and correct copy of the relevant portions of the deposition excerpts for Plaintiff JoAnn Price.

10.        Attached to Defendants' Index of Exhibits as Exhibit I is a true and correct copy of the relevant portions of the deposition excerpts for witness Takis Tucker.

11.        Attached to Defendants' Index of Exhibits as Exhibit J is a true and correct copy of the Plaintiff's Responses to Defendants' Interrogatories, Set One.

I swear under penalty of perjury that the statements in this declaration are true. Signed on July 6, 2026, in San Francisco, California

/s/ Ryan T. Gille
Ryan T. Gille
Deputy Attorney General

SA2022402270

2

Decl. of RG ISO MSJ (2:22-cv-1610-DAD-DMC (PC))