ROB BONTA, State Bar No. 202668
Attorney General of California
JAY M. GOLDMAN, State Bar No. 168141
Supervising Deputy Attorney General
RYAN T. GILLE, State Bar No. 262105
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4454
 Fax:  (415) 703-5843
 E-mail:  Ryan.Gille@doj.ca.gov
*Attorneys for Defendants*
*D. Baughman and J. Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JoAnn Price, et al.,** | 2:22-cv-1610-DAD-DMC (PC) |
| Plaintiff, | **DEFENDANTS' INDEX OF EVIDENCE** |
| **v.** | Date:         August 17, 2026 |
| | Time:         1:30 p.m. |
| | Courtroom:  4 |
| **Arturo Pacheco, et al.,** | Judge:         The Honorable Dale A. Drozd |
| | Trial Date:  October 6, 2026 |
| Defendants. | Action Filed:  September 14, 2022 |

Defendants D. Baughman and J. Lynch submit the following exhibits in support of their

Motion for Summary Judgment [1]:

- Exhibit A: Plaintiff's Third Amended Complaint;

- Exhibit B: Deposition excerpts for Defendant D. Baughman;

- Exhibit C: Deposition excerpts for Defendant J. Lynch;

- Exhibit E: Deposition excerpts for witness C. Chavez;

- Exhibit F: Deposition excerpts for witness A. Chavez;

_____

[1] Portions of depositions were designated as confidential by Defendants' counsel pursuant to the Stipulated Protective Order (ECF No.  177.)  Those portions of those transcripts produced in support of Defendants' motion for summary judgment have been de-designated and the confidential designation redacted.  The remaining portions of the transcripts retain their confidential status.

1

- Exhibit G: Deposition excerpts for Defendant Arturo Pacheco;

- Exhibit H: Deposition excerpts for Plaintiff JoAnn Price;

- Exhibit I: Deposition excerpts for witness Takis Tucker; and

- Exhibit J: Plaintiff's Responses to Defendants' Interrogatories, Set One.

Dated:  July 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General


*/s/ Ryan T. Gille*
RYAN T. GILLE
Deputy Attorney General
*Attorneys for Defendants*
*D. Baughman and J. Lynch*

SA2022402270

Defendants' Index Exhibits (2:22-cv-1610-DAD-DMC (PC))