Rob Bonta, State Bar No. 202668
Attorney General of California
Jay M. Goldman, State Bar No. 168141
Supervising Deputy Attorney General
Ryan T. Gille, State Bar No. 262105
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4454
  Fax:  (415) 703-5843
  E-mail:  Ryan.Gille@doj.ca.gov
*Attorneys for Defendants*
*D. Baughman and J. Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JoAnn Price, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**Arturo Pacheco, et al.,**<br><br>Defendants. | 2:22-cv-1610-DAD-DMC (PC)<br><br>**DEFENDANTS' SEPARATE STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         August 17, 2026<br>Time:         1:30 p.m.<br>Courtroom:  4<br>Judge:       The Honorable Dale A. Drozd<br>Trial Date:  October 6, 2026<br>Action Filed:  September 14, 2022 |

| UMF No. | Moving Defendants' Undisputed Material Facts and Supporting Evidence | Plaintiff's Response |
|---|---|---|
| 1 | In September 2016, Defendant David Baughman served as Acting Warden of CSP Sacramento ("CSP Sac").<br><br>Deposition of D. Baughman (Baughman Depo.) pp. 8:24–9:3. | |
| 2 | Defendant Jeffrey Lynch served as Chief Deputy Warden of CSP Sac.<br><br>Deposition of J. Lynch (Lynch Depo.) p. 11:2-6. | |

1

| 4 | On September 15, 2016, correctional officer Defendant Arturo Pacheco assaulted Plaintiff's decedent Ronnie Price while escorting him between housing units. Third Amended Complaint ¶24. | |
|---|---|---|
| 5 | Neither Baughman nor Lynch was present when Pacheco used force against Mr. Price. Baughman testified he did not go to the hospital or clinic to see Mr. Price and first learned of the incident only through the standard notification of an inmate's medical transport. Baughman Depo. pp. 41:9-19. | |
| 6 | Mr. Price later died on September 17, 2016, while receiving medical treatment from U.C. Davis. Third Amended Complaint ¶¶38 and 41. | |
| 7 | The coroner's report identified the cause of death as a homicide. Third Amended Complaint ¶41. | |
| 8 | Following the assault, initial reports submitted by Defendants Pacheco, Aurich, Villa, were false. Baughman Depo. p. 36:5–13; p. 72:8–12. | |
| 9 | The falsified reports attributed Mr. Price's injuries to his resisting directions from Pacheco. Third Amended Complaint ¶¶74,78–79. | . |
| 10 | Baughman and Lynch did not direct, participate in, or know of the falsification scheme. Deposition of Tony Diaz (Diaz Depo.) pp. 160:5–161:2; Baughman Depo. pp. 39:24-40:9; 104:13-23. | |
| 11 | The matter was automatically referred | |

2

| | | | |
|---|---|---|---|
| | | to CDCR's Deadly Force Investigations Team upon Mr. Price's death on September 17, 2016, and Baughman's understanding that the initial reports were false is based on the investigation's findings, not on any contemporaneous review.<br><br>Baughman Depo. pp. 63:4-64:2. | |
| | 12 | Prior to the assault, there is no evidence that Pacheco had been found by prison authorities to have had a prior pattern of using excessive force against incarcerated individuals.<br><br>Diaz Depo. pp. 35:11–15; 65:16-66:9; 67:12–16;<br>Deposition of C. Chavez (C. Chavez Depo.) p. 71:4–10, 17-22;<br>J. Lynch Depo. pp. 40:8-10, 41:2-10;<br>Baughman Depo. pp. 79:24-80:23. | |
| | 13 | While Plaintiff alleges that Pacheco was involved in a single use of excessive force approximately four months before the incident, there is no evidence that Baughman or Lynch were aware of any prior misuse of force by Pacheco.<br><br>Diaz Depo. pp. 35:11–15; 65:16-66:9; 67:12–16;<br>C. Chavez Depo. pp. 15:2–11, 27:3-17;<br>J. Lynch Depo. pp. 40:8-10, 41:2-10;<br>Baughman Depo. pp. 79:24-80:23. | |
| | 14 | There is likewise no evidence that, before the incident, there was a pattern of a "code of silence" culture at CSP Sac or that any such culture played a role in causing the attack on the decedent.<br><br>Diaz Depo. pp. 11:14-13:11; 88:22-89:24;<br>J. Lynch Depo. pp. 40:8-10, 41:2-10;<br>C. Chavez Depo. p. 27:3-17;<br>Deposition of A. Chavez Depo. Vol. II (Mar. 19, 2026) p. 71:4-10, 17-22.<br>Deposition of Arturo Pacheco (Pacheco Depo.) pp. 32:14-25, 40:13-17, 49:8-25; 65:2-8 | |
| | 15 | Pacheco has admitted that he covered-up the incident. | |

|  | | |
|---|---|---|
|  | Pacheco Depo. pp. 32:14-25, 65:2-8. | |
| 16 | Prior to the assault on Mr. Price, neither Baughman nor Lynch had received specific complaints identifying Pacheco as an officer likely to use unjustified lethal or near-lethal force against a restrained inmate.<br><br>Baughman Depo. pp. 79:24-80:23; J. Lynch Depo. pp. 40:8-10, 41:2-10; C. Chavez Depo. p. 15:2–11. | |
| 17 | The TAC references a May 2016 pepper-spray incident; subsequent investigation did not substantiate the allegations of excessive force.<br><br>Diaz Depo. pp. 40:20–41:7 | |
| 18 | Upon being notified of Mr. Price's death, Plaintiff JoAnn Price testified that she was suspicious of her brother's death.<br><br>Deposition of Joanne Price (Price Depo.) pp. 27:8-28:3; 29:8-21;.33:5-34:5. | |
| 19 | Plaintiff never sought a contact number beyond the single number purportedly provided by Sergeant Steele, never accessed CDCR's publicly available website for alternative contacts, never contacted the Warden's office, and never contacted the Office of the Ombudsman.<br><br>Deposition of Takis Tucker (Tucker Depo.) pp. 21:22-25; 22:1-18. | |
| 20 | After receiving no response from the single number he had been given, Plaintiff conducted no further investigation into the circumstances of his uncle's death.<br><br>Price Depo. pp. 28:10-29:1; Tucker Depo. pp. 21:7-22:19; 33:12-18; 49:10-14. | |
| 21 | No attempt to contact any state or federal government entity regarding Mr. Price's death at any point between September 2016 and the | |

4

| | | | |
|---|---|---|---|
| | | filing of this lawsuit in September 2022.<br><br>Price Depo. pp. 28:10-29:1; Tucker Depo. pp. 21:7-22:19; 33:12-18; 49:10-14. | |
| | 22 | Tucker and Ms. Price knew that their calls to CDCR were going unanswered but did not attempt to find another way to reach CDCR.<br><br>Price Depo. pp. 28:10-29:1; Tucker Depo. pp. 21:7-22:19; 33:12-18; 49:10-14.. | |

Dated: July 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General


*/s/ Ryan T. Gille*
RYAN T. GILLE
Deputy Attorney General
*Attorneys for Defendants*
*D. Baughman and J. Lynch*

SA2022402270

5