UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,

PLAINTIFFS,

v.

ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.

DEFENDANTS.

Case No: 2:22-cv-1610 DAD-DMC-P
Assigned to Hon. Dennis M. Cota

**ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT and DAUBERT MOTION**

Action Filed: September 14, 2022
Trial Date:    October 6, 2026

This matter comes before the Court for the Parties' Joint Stipulated Motion to Extend Briefing Schedule for Defendants' Motion for Summary Judgment and *Daubert* motion.

On a showing of Good Cause, the parties' request is hereby GRANTED. The briefing schedule is extended as follows:

Defendant Baughman and/or Lynch's Dispositive Motion and *Daubert* motion must be filed on or before July 7, 2026

Opposition to Defendant Baughman and/or Lynch's Dispositive Motion and *Daubert* motion must be filed on or before July 27, 2026.

Defendant Baughman and/or Lynch's Replies must be filed on or before August 13, 2026.

1

ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT and DAUBERT MOTION
*Price, et al. v. Arturo Pacheco, et al.*
Case No.: 2:22-cv-1610 DAD-DMC (PC)

The parties remain bound to follow all procedures previously set forth.

**IT IS SO ORDERED.**

Dated:  July 6, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT and DAUBERT MOTION**
*Price, et al. v. Arturo Pacheco, et al.*
Case No.: 2:22-cv-1610 DAD-DMC (PC)