**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JoANN PRICE, et al.,<br>Plaintiffs,<br>v.<br>ARTURO PACHECO, et al.,<br>Defendants. | No. 2:22-CV-1610-DAD-DMC-P<br><br>ORDER SETTING SETTLEMENT CONFERENCE<br><br>Hearing: **Settlement Conference**<br>Date: **August 25, 2026**<br>Time: **1:00 p.m.**<br>Judge: **Stanley A. Boone**<br>Location: **via Zoom Videoconference** |

Plaintiffs, who are proceeding with retained counsel, bring this civil rights action pursuant to 42 U.S.C. § 1983. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Stanley A. Boone to conduct a video settlement conference, via the Zoom videoconferencing application, on August 25, 2026 at 1:00 p.m.

Counsel shall contact Courtroom Deputy Jan Nguyen at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes.

The parties shall each submit to Judge Boone a confidential settlement conference statement, as described below, to arrive at least seven days (one week) prior to the conference.

/ / /

The parties shall be prepared to negotiate the merits of the case and offer more than a waiver of costs as a reasonable compromise to settle the case. The parties are also informed that an offer of dismissal in exchange for a waiver of costs is not considered good faith settlement negotiations.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a video settlement conference, via the Zoom videoconferencing application, before Magistrate Judge Stanley A. Boone on August 25, 2026 at 1:00 p.m.

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend via the Zoom videoconferencing application.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions.

4. Parties shall provide confidential settlement statements to the following email address: saborders@caed.uscourts.gov. Settlement statements shall arrive no later than **August 18, 2026**. Parties shall also file a Notice of Submission of Confidential Settlement Conference Statement (See Local Rule 270(d)). Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

5. The confidential settlement statements shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

a. A brief statement of the facts of the case.

b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

c. An estimate of the cost and time to be expended for further discovery, pretrial, and

trial.

d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

f. If the parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) if applicable.

6. If a settlement is reached at any point prior to the settlement conference, the parties shall immediately inform the courtroom deputy of Magistrate Judge Boone and file a Notice of Settlement in accordance with Local Rule 160.

7. The parties remain obligated to keep the court informed of their current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." See Local Rule 182(f).

**8. A failure to follow these procedures may result in the imposition of sanctions by the court.**

Dated: July 24, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE