**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JoANN PRICE, et al., Plaintiffs, v. ARTURO PACHECO, et al., Defendants. | No. 2:22-CV-1610-DAD-DMC-P<br><br>ORDER |

Plaintiffs, who are proceeding with retained counsel, bring this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the following motions: (1) Defendants' motion for summary judgment, ECF No. 196; (2) Defendants' motion to exclude expert testimony and reports, ECF No. 195; (3) Plaintiffs' request to seal documents, ECF No. 205; (4) Defendants' motion for an extension of time to file a request to seal documents, ECF Nos. 206 and 208; (5) Defendants' request for redactions in lieu of sealing, ECF No. 210; and (6) Plaintiffs' counsel's request for remote appearance at the hearing set for August 19, 2026, before the undersigned in Redding, California, ECF No. 209.

First addressing Defendants' motion for an extension of time, it appears that the request has been rendered moot by Defendants' filing of the pending request for redaction in lieu of sealing. Defendants' motion for an extension of time will, however, be granted to the extent the Court deems the filing of Defendants' motion for redaction to be timely. The Court will set a

deadline for Plaintiffs' response to Defendants' motion for redaction as well as Defendants' response to Plaintiffs' request to seal.

As to Defendants' pending motion for summary judgment and to exclude expert witness testimony and reports, set for hearing on August 19, 2026, pursuant to Eastern District of California Local Rule 230(g), the hearing is hereby taken off calendar, and the matters are submitted on the record and briefs without oral argument. Plaintiffs' counsel's request for remote appearance will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for an extension of time, ECF Nos. 206 and 208, is granted to the extent Defendants' request for redaction in lieu of sealing is deemed timely.

2. Defendants' response to Plaintiffs' request to seal documents is due on or before September 8, 2026, and Plaintiff's reply is due on or before September 15, 2026.

3. Plaintiffs' response to Defendants' request for redaction in lieu of sealing is due on or before September 8, 2026, and Defendants' reply is due on or before September 15, 2026.

4. The hearing set before the undersigned in Redding, California, on August 19, 2026, at 10:00 a.m., is vacated.

5. Plaintiffs' counsel's request for remote appearance, ECF No. 209, is denied as unnecessary.

Dated: August 12, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE