UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>PLAINTIFFS,<br><br>v.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.<br><br>DEFENDANTS. | Case No: 2:22-cv-1610 DAD-DMC (PC)<br>Assigned to Hon. Dennis M. Cota<br><br>**ORDER REGARDING THE DISMISSAL OF DEFENDANT JEFFREY LYNCH FROM THE ENTIRE ACTION, WITH PREJUDICE**<br><br>Action Filed: September 14, 2022<br>Trial Date: October 6, 2026 |

After considering the Parties' Stipulated Request for Dismissal, ECF No. 212, this Court hereby orders the dismissal of Defendant JEFFREY LYNCH from the entirety of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk of the Court is directed to terminate Jeffrey Lynch as a party to this action.

IT IS SO ORDERED.

Dated: August 13, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE