**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN PRICE, successor in interest to Ronnie Price, deceased; and the ESTATE OF RONNIE PRICE; and his successors in interest,<br><br>PLAINTIFFS,<br><br>v.<br><br>ARTURO PACHECO, ASHLEY MARIE AURICH, JEFFREY BIGNEY, ARTURO LUNA, BRENDA VILLA, DAVID BAUGHMAN, JEFFREY LYNCH and DOES 1 through 15, inclusive, in their official and personal/individual capacities.<br><br>DEFENDANTS. | Case No: 2:22-cv-1610 DAD-ICD-P<br><br>**ORDER APPROVING STIPULATION** |

Having considered the Parties' joint stipulation, ECF No. 223, and good cause appearing therefor, the Court orders as follows:

1. Plaintiffs shall file a supplemental declaration in support of her opposition containing the documents and exhibits currently subject to the request to file under seal, with Defendants' agreed upon redactions within seven days of the date of this order.

2. Plaintiffs' request to seal documents, ECF No. 205, and Defendants' request for approval of narrowly tailored redactions, ECF No. 210, are resolved with the parties' agreement and the Clerk of the Court is directed to terminate ECF Nos. 205 and 210 as pending motions.

/ / /

/ / /

/ / /

/ / /

3. The schedule for briefing on the above-referenced motions set in the Court's August 12, 2026, order, is vacated.

Dated: September 17, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE